**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____  Chapter __11__

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Ramanujan Group LLC |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 84-4594422 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **520 Newport Center Drive** <br> **Suite 480** <br> **Newport Beach, CA 92660** <br> Number, Street, City, State & ZIP Code | <br> <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Orange** <br> County | **Location of principal assets, if different from principal place of business** <br> **3380 - 4175 Blackhawk Plaza Circle** <br> **Danville, CA 94506** <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Ramanujan Group LLC**                          Case number (*if known*) _____
      Name

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **5311**

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☑ Yes.

List all cases. If more than 1, attach a separate list

Debtor   **Ramanujan Group MOM LLC** _____   Relationship   **Affiliate**

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 2

Debtor   **Ramanujan Group LLC** _____   Case number (*if known*) _____
          Name

District   **Central** _____   When   **3/18/26** _____   Case number, if known _____

**11. Why is the case filed in** *this district?*

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
          Contact name   _____
          Phone          _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   .

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☑ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☑ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor   **Ramanujan Group LLC**                     Case number (*if known*)
      Name

---

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 18, 2026**
                MM / DD / YYYY

Dated: March 18, 2025

RAMANUJAN GROUP LLC,
a Delaware limited liability corporation

By:     RAMANUJAN INVESTOR GROUP, LLC,
        a Delaware limited liability corporation
        Its Manager

By:_____
       Jason Miller, Manager

**18. Signature of attorney**

X _____
   Signature of attorney for debtor

Date **March 18, 2026**
       MM / DD / YYYY

**Kyra E. Andrassy**
Printed name

**Raines Feldman Littrell LLP**
Firm name

**4675 MacArthur Court**
**Suite 1550**
**Newport Beach, CA 92660**
Number, Street, City, State & ZIP Code

Contact phone   **(310) 440-4100**       Email address   kandrassy@raineslaw.com

**207959 CA**
Bar number and State

**ACTION BY WRITTEN CONSENT OF
RAMANUJAN GROUP LLC**

March 17, 2026

The undersigned manager (the "**Manager**") of Ramanujan Group LLC, a Delaware limited liability company (the "**Company**"), hereby approves and adopts, in accordance with the laws of the State of Delaware and the governing agreements of the Company, the following resolutions:

**WHEREAS**, the Manager has reviewed and considered historical performance and results of the Company, its current and future liquidity needs, its business prospects, and its current and long-term liabilities;

**WHEREAS**, the Company has determined to pursue relief under the provisions of chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "**Bankruptcy Code**"); and

**WHEREAS**, the Manager has determined that it is advisable and in the best interests of the Company to pursue relief under the Bankruptcy Code.

**NOW, THEREFORE, BE IT:**

1. **Commencement of Chapter 11 Case**

**RESOLVED**, that the Company file, or cause to be filed, a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Central District of California and perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect the foregoing; and it is further

2. **Retention of Professionals**

**RESOLVED**, that the Company shall retain Raines Feldman Littrell LLP as its general bankruptcy counsel to represent and assist the Company in carrying out its duties and responsibilities under the Bankruptcy Code and applicable law, and to take any and all actions to advance the Company's rights and interests (including, without limitation, the law firms filing any pleadings and responses, and making any filings with regulatory agencies or other governmental authorities).

**IN WITNESS WHEREOF**, the undersigned has executed this Action by Written Consent as of the date first written above.

RAMANUJAN GROUP LLC,
a Delaware limited liability corporation

By:     RAMANUJAN INVESTOR GROUP LLC,
a Delaware limited liability corporation
Its Manager

By:_____
*Jason Miller*
06DBD2152FE9429...
Jason Miller, Manager

**Fill in this information to identify the case:**

Debtor name **Ramanujan Group LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule _____
☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☑ Other document that requires a declaration    **20 Largest Unsecured Creditors**

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 18, 2025

RAMANUJAN GROUP LLC,
a Delaware limited liability corporation

By:    RAMANUJAN INVESTOR GROUP, LLC,
a Delaware limited liability corporation
Its Manager

By: _____
Jason Miller, Manager

Official Form 202         Declaration Under Penalty of Perjury for Non-Individual Debtors

| Fill in this information to identify the case: | |
| --- | --- |
| Debtor name | **Ramanujan Group LLC** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Jones Lang LaSalle Brokerage, Inc. c/o Gaba Law Attn: Rodolfo Gaba, Jr. 8583 Irvine Center Drive #500 Irvine, CA 92618** | **updates@gaba.law (888) 391-1228** | | **Disputed** | | | **$297,900.18** |
| **Blackhawk Commercial Owner Assoc. c/o Vierergruppe Management, Inc. 1932 E Deere Avenue, Suite 150 Santa Ana, CA 92705** | **(714) 442-0625** | | | | | **$207,552.80** |
| **Vierergruppe Management, Inc. 1932 East Deere Avenue Suite 150 Santa Ana, CA 92705** | **jennifer@vgruppe management.com (714) 442-0625** | | | | | **$112,753.71** |
| **Pacific Gas and Electric Company PO Box 997300 Sacramento, CA 95899-7300** | **(800) 468-4743** | | | | | **$112,502.06** |
| **East Bay Municipal Utility District PO Box 51191 Los Angeles, CA 90051-5491** | **customerservice@ ebmud.com (866) 403-2683** | | | | | **$56,998.62** |

Debtor  **Ramanujan Group LLC**
        Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Allied Universal 161 Washington Street Suite 600 Conshohocken, PA 19428** | **(866) 703-7666** | | | | | **$40,641.33** |
| **BP Environmental Services, LLC 100 Highpoint Drive Suite 101 Chalfont, PA 18914** | | | | | | **$37,353.92** |
| **Tripple Threat Plumbing LLC 2455 Naglee Road #187 Tracy, CA 95304** | | | | | | **$25,036.84** |
| **Pond M Solutions 1250 I Newell Avenue #169 Walnut Creek, CA 94596** | garcia.jairo18@yahoo.com **(925) 435-8008** | | | | | **$20,500.00** |
| **Synergis Waste Management Services, Inc. 21 Truesdale Lake Drive South Salem, NY 10590** | **(914) 977-3400** | | | | | **$18,423.78** |
| **Preferred Bank 601 S Figueroa St 47th Floor Los Angeles, CA 90017** | | | | | | **$17,628.30** |
| **Intec Solutions Inc 5662 La Ribera Street Suite A Livermore, CA 94550** | **(925) 443-4683** | | | | | **$16,951.48** |
| **Makai Capital dba Pacific Signaling System 2301 Armstrong Street, #113 Livermore, CA 94551** | ap@pacificsignaling.com **(925) 223-6675** | | | | | **$15,248.50** |
| **Diablo Screen & Glass 1065-F Shary Circle Concord, CA 94518** | **(925) 689-1100** | | | | | **$10,000.00** |

Debtor   **Ramanujan Group LLC**                                          Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **KONE<br>P.O. Box 102425<br>Pasadena, CA 91189-2425** | | | | | | **$5,676.01** |
| **Alanzo's Landscaping<br>4318 Thornhiil Ct Pittsburg, CA 94565** | **alonzoslandscaping360@gmail.com** | | | | | **$5,403.19** |
| **AA Fire Systems, Inc.<br>4010 Foothills Blvd. Suite 103-65 Roseville, CA 95747** | **accounting@aafiresystemsinc.com<br>(800) 596-2615** | | | | | **$5,000.00** |
| **Reco Roofing Inc<br>812 W Clover Rd Spc 59<br>Spc 59<br>Tracy, CA 95376** | | | | | | **$3,050.00** |
| **Grease Trap Cleaners, LLC<br>673 Royston Lane, Hayward, CA 94544** | | | | | | **$3,000.00** |
| **K and C Environmental<br>22447 Charlene Way Castro Valley, CA 94546** | **(510) 760-9118** | | | | | **$2,648.00** |

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Raines Feldman Littrell LLP**<br>**Kyra E. Andrassy**<br>**4675 MacArthur Court**<br>**Suite 1550**<br>**Newport Beach, CA 92660**<br>**(310) 440-4100**<br>California State Bar Number: **207959 CA** | |

☑ *Attorney for:*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**Ramanujan Group LLC**<br><br><div align="right">Debtor(s),</div><br><div align="right">Plaintiff(s),</div><br><br><br><br><br><div align="right">Defendant(s).</div> | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    **11**<br><br>**CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |
|---|---|

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, __Jason Miller_____ , the undersigned in the above-captioned case, hereby declare
<div align="center">*(Print Name of Attorney or Declarant)*</div>
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.   I have personal knowledge of the matters set forth in this Statement because:

☑ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☐ I am the attorney for the Debtor corporation

2.a.   ☑ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
*[For additional names, attach an addendum to this form.]*

Iron Condor LLC   5.5%

b.   ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Dated: March 18, 2025

RAMANUJAN GROUP LLC,
a Delaware limited liability corporation

By:   RAMANUJAN INVESTOR GROUP, LLC,
a Delaware limited liability corporation
Its Manager

By: _____
Jason Miller, Manager

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                      F 1007-4.CORP.OWNERSHIP.STMT

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address

**Kyra E. Andrassy**
**4675 MacArthur Court**
**Suite 1550**
**Newport Beach, CA 92660**
**(310) 440-4100**
California State Bar Number: **207959 CA**

FOR COURT USE ONLY

☐  *Debtor(s) appearing without an attorney*
☑  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Ramanujan Group LLC**

CASE NO.:

CHAPTER: 11

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

**[LBR 1007-1(a)]**

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of _10_ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Dated: March 18, 2025

RAMANUJAN GROUP LLC,
a Delaware limited liability corporation

By:    RAMANUJAN INVESTOR GROUP, LLC,
       a Delaware limited liability corporation
       Its Manager

       By: _____
           Jason Miller, Manager

Date:  **March 18, 2026**  _____
                          Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*

**F 1007-1.MAILING.LIST.VERIFICATION**

Ramanujan Group LLC
520 Newport Center Drive
Suite 480
Newport Beach, CA 92660


Kyra E. Andrassy
Raines Feldman Littrell LLP
4675 MacArthur Court
Suite 1550
Newport Beach, CA 92660


US Trustee's Office (SA)
411 West Fourth Street
Suite 7160
Santa Ana, CA 92701


AA Fire Systems, Inc.
4010 Foothills Blvd.
Suite 103-65
Roseville, CA 95747


Alanzo's Landscaping
4318 Thornhiil Ct
Pittsburg, CA 94565


Alina B
3426 Blackhawk Cir - D-080
Danville, CA 94506


Alka's Brow Studio
3380-4175 Blackhawk Cir - C-04A
Danville, CA 94506


Allied Universal
161 Washington Street
Suite 600
Conshohocken, PA 19428

Apple Cinemas
4175 Blackhawk Cir - MM-10
Danville, CA 94506


Arrow Sign Company
1051 46th Avenue
Oakland, CA 94601


Arrow Sign Company
c/o McKenna Brink Signorotti LLP
Attn: Tanner D. Brink
1350 Treat Blvd. Suite 105
Walnut Creek, CA 94597


Blackhawk Commercial Owner Assoc.
c/o Vierergruppe Management, Inc.
1932 E Deere Avenue, Suite 150
Santa Ana, CA 92705


Blackhawk Dental
4018 Blackhawk Cir - A-040
Danville, CA 94506


Blackhawk Gallery
3416 Blackhawk Cir - D-100
Danville, CA 94506


Blackhawk Pizzeria
4050 Blackhawk Cir - A-060
Danville, CA 94506


Blackhawk Plastic Surgery
3600 Blackhawk Cir - B-140
Danville, CA 94506

Blue Gingko
3496 Blackhawk Cir - D-010
Danville, CA 94506


Boghossian Vision
3380 Blackhawk Circle, Suite 200 - H-290
Danville, CA 94506


BP Environmental Services, LLC
100 Highpoint Drive
Suite 101
Chalfont, PA 18914


Bright Minds Academy
3380 Blackhawk Circle, Suite 220
Unit H-230
Danville, CA 94506


Brown Butter
3456 Blackhawk Circle
Unit D7-12
Danville, CA 94506


Combat Sports Academy
3380-4175 Blackhawk Cir - D7-20
Danville, CA 94506


Contra Costa County Tax Collector
625 Court Street #100
Martinez, CA 94553


CorePower Yoga
3494 Blackhawk Circle, Space D-020
Danville, CA 94506

Delaware Division of Revenue
Attn: Bankruptcy Administrator
Carvel State Building
820 N. French Street, 8th Floor
Wilmington, DE 19801


Diablo Screen & Glass
1065-F Shary Circle
Concord, CA 94518


Dogtopia
3380-4175 Blackhawk Cir - B-110
Danville, CA 94506


Draeger's
4100 Blackhawk Cir - A-110
Danville, CA 94506


Dreamland of Blackhawk
3471 Blackhawk Plaza Circle  F-030
Danville, CA 94506


East Bay Municipal Utility District
PO Box 51191
Los Angeles, CA 90051-5491


Employment Development Department
Bankruptcy Group MIC 92E
Sacramento, CA 94280-0001


Fat Maddies Tavern and Taps
3421 Blackhawk Plaza Circle  G-040
Danville, CA 94506

Franchise Tax Board
Bankruptcy Section, MS A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Gameday VR
3380-4175 Blackhawk Cir - H-110
Danville, CA 94506

George C Nijmeh (Assignor), Lilian S. Aw
3380-4175 Blackhawk Cir - D-060
Danville, CA 94506

Grease Trap Cleaners, LLC
673 Royston Lane,
Hayward, CA 94544

Indian Restaurant
3483 Blackhawk Plaza Circle F-050
Danville, CA 94506

Intec Solutions Inc
5662 La Ribera Street
Suite A
Livermore, CA 94550

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jade Spa
3380-4175 Blackhawk Cir - D-040
Danville, CA 94506

Jones Lang LaSalle Brokerage, Inc.
c/o Gaba Law
Attn: Rodolfo Gaba, Jr.
8583 Irvine Center Drive #500
Irvine, CA 92618


Jung Dong Choi
c/o Bowles & Verna LLP
Attn: Richard T. Bowles
2121 N. California Blvd. #875
Walnut Creek, CA 94596


K and C Environmental
22447 Charlene Way
Castro Valley, CA 94546


Kabob Lounge
3380-4175 Blackhawk Cir - L-000
Danville, CA 94506


Kidtopia
3380-4175 Blackhawk Cir - D7-14A
Danville, CA 94506


Kiki Brows
c/o Sodhi Law Group
Attn: Jakrun S. Sodhi
1030 15th Street
Modesto, CA 95354


KONE
P.O. Box 102425
Pasadena, CA 91189-2425


Lori Buffalow's The Next Step Dance Stud
3380-4175 Blackhawk Cir - C-080
Danville, CA 94506

Makai Capital
   dba Pacific Signaling System
2301 Armstrong Street, #113
Livermore, CA 94551


Montessori School
3380-4175 Blackhawk Cir - H-120
Danville, CA 94506


Montessori School
3380-4175 Blackhawk Cir - H-120A
Danville, CA 94506


Nails 4U Salon & SPA
3476 Blackhawk Plaza Circle D-060
Danville, CA 94506


Nano Banc
7755 Irvine Center Drive
3rd Floor
Irvine, CA 92618


Nano Banc
c/o Bryan Cave Leighton Paisner LLP
Attn: Marty Taylor
1920 Main Street, Suite 100
Irvine, CA 92614-7276


Neco Shojaee (Banquet Space)
3446 Blackhawk Cir - D7-14
Danville, CA 94506


NILO Restaurant
3380-4175 Blackhawk Cir - F-100
Danville, CA 94506

Orange County Tax Collector
601 N. Ross Street
Santa Ana, CA 92701


OsteoStrong Studio
3400 Blackhawk Cir - D-126
Danville, CA 94506


Pacific Gas and Electric Company
PO Box 997300
Sacramento, CA 95899-7300


Phoenix Salon Suites
3380-4175 Blackhawk Cir - C-04B
Danville, CA 94506


Pond M Solutions
1250 I Newell Avenue
#169
Walnut Creek, CA 94596


Preferred Bank
601 S. Figueroa Street
47th Floor
Los Angeles, CA 90017


Preferred Bank
601 S Figueroa St
47th Floor
Los Angeles, CA 90017


Reco Roofing Inc
812 W Clover Rd Spc 59
Spc 59
Tracy, CA 95376

Sandhu, Manjit & Jaskiran
3483 Blackhawk Plaza Circle F-050
Danville, CA 94506


Selin Optical
3380-4175 Blackhawk Cir - C-030
Danville, CA 94506


Smiles & Braces
3380-4175 Blackhawk Cir - H-210
Danville, CA 94506


Sohal City Cards
3461 Blackhawk Plaza Circle
Danville, CA 94506


Sohal, Joshi
3380-4175 Blackhawk Cir - F-060
Danville, CA 94506


Soo Dance Academy LLC
3380-4175 Blackhawk Cir - H-210
Danville, CA 94506


Starbucks #14226-CA
4000 Blackhawk Circle - A-010
Danville, CA 94506


Starbunni
3380-4175 Blackhawk Cir - F-020
Danville, CA 94506

```
State Board of Equalization
Special Operations Bankruptcy Team
MIC 74
P.O. Box 942879
Sacramento, CA 94279-0074


Synergis Waste Management
     Services, Inc.
21 Truesdale Lake Drive South
Salem, NY 10590


Tassajara Cleaners
4012 Blackhawk Circle - A-030
Danville, CA 94506


Teen Tech 101
3380-4175 Blackhawk Plaza Cir
Unit H-280
Danville, CA 94506


Tribez Salon and Blow Dry Bar
4062 Blackhawk Plaza Circle A-070
Danville, CA 94506


Tripple Threat Plumbing LLC
2455 Naglee Road
#187
Tracy, CA 95304


Ushanjali School of Dance
3499 Blackhawk Cir - F-010
Danville, CA 94506


Vierergruppe Management, Inc.
1932 East Deere Avenue
Suite 150
Santa Ana, CA 92705
```