| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **RAINES FELDMAN LITTRELL LLP**<br>Kyra E. Andrassy, SBN 207959<br>kandrassy@raineslaw.com<br>4675 MacArthur Court, Suite 1550<br>Newport Beach, CA 92660<br>Tel.: (310) 440-4100<br>Fax: (310) 691-1943<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Ramanujan Group LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br>Ramanujan Group LLC,<br><br>Debtor(s). | CASE NO.: 8:26-bk-10832-SC<br><br>CHAPTER: 11<br><br>**NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM IN A CHAPTER 11 CASE [LBR 3003-1]**<br><br>☐ **No hearing: LBR 9013-1(q)**<br>☒* **Hearing information**<br>DATE: May 6, 2026<br>TIME: 1:30 p.m.<br>COURTROOM: 5C<br>ADDRESS: 411 W. Fourth St.<br>Santa Ana, California 92701 |

1. Bar Date. The court has set a deadline of *(date)* July 13, 2026 (Bar Date), for creditors in the above-referenced case to file proofs of claim against the Debtor's estate. ON OR BEFORE THE BAR DATE, PROOFS OF CLAIM MUST BE FILED WITH THE COURT CLERK AT:

   ☐ 255 East Temple Street, Los Angeles, CA 90012
   ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367
   ☐ 3420 Twelfth Street, Riverside, CA 92501
   ☒ 411 West Fourth Street, Santa Ana, CA 92701
   ☐ 1415 State Street, Santa Barbara, CA 93101

2. Form. You may obtain a Proof of Claim form (Official Form 410) on the Bankruptcy Court's web site at http://www.cacb.uscourts.gov, or visit the Intake area at any division of the Court.

3. Exceptions to the Bar Date. Exceptions to the Bar Date include, but are not limited to, the following:

   (a) Executory contracts/unexpired leases. For claims arising from rejection of any executory contract or unexpired lease, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the date of entry of an order authorizing the rejection of such contract or lease or after any automatic rejection of such contract or lease. *See* 11 U.S.C. §§ 365(d)(4) and 502(g).

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

(b) Governmental units. For claims of governmental units, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) before 180 days after the date of the Order for Relief in this case (the person signing this form has determined that the Order for Relief was entered on *(date)* March 18, 2026, and therefore calculates that this deadline is *(date)* September 14, 2026*)*. *See* 11 U.S.C. §§ 101(27) and 502(b)(9).

(c) Avoidance. For claims arising from the avoidance of a transfer under chapter 5 of the Bankruptcy Code (11 U.S.C. § 544 and following), the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the entry of judgment avoiding the transfer. *See* 11 U.S.C. § 502(h).

(d) Agreed claims. If your claim is listed on the Debtor's official bankruptcy schedules of assets and liabilities (Schedules) and it is not listed as disputed, contingent, unliquidated or unknown, then your claim is deemed filed in the amount set forth in those Schedules. 11 U.S.C. § 1111(a). But, if your claim is not listed on the Schedules, or is listed as disputed, contingent, unliquidated or unknown, or if you disagree with the amount or description of your claim (*e.g.*, its description as unsecured or non-priority), then you must timely filed a Proof of Claim as set forth in this Notice.

4. 11 U.S.C. § 503(b)(9) Claims. Claims arising from unpaid goods received by the Debtor in the ordinary course of business within 20 days prepetition are subject to an administrative expense priority pursuant to 11 U.S.C. §§ 507(a)(2) and 503(b)(9). Any creditor who wishes to assert such a claim must file a Proof of Claim by the Bar Date, modified as follows: (a) *Section 2 of Proof of Claim.* **Identify:** (i) the goods for which the Debtor has not paid; (ii) the method(s) of shipment; (iii) the actual date(s) when those goods were *received* by the Debtor (or state that an estimated date has been used); and (iv) the place of delivery – *e.g.*, "computers shipped via U.S. mail, received by the Debtor at the Debtor's warehouse on [insert estimated date]" (use a continuation sheet if necessary); (b) *Section 5 of Proof of Claim*. Check the box for "Other" priority and specify that priority is under **11 U.S.C. §§ 507(a)(2) and 503(b)(9)**.

5. Interest Holders. If the Debtor or the chapter 11 trustee believes it necessary to set a bar date for interest holders (*e.g.*, holders of common or preferred stock), then, before this Notice is served, the chambers of the presiding judge in this case must be contacted for further instructions.

**FAILURE OF A CREDITOR TO FILE A PROOF OF CLAIM ON OR BEFORE THE DEADLINE MAY RESULT IN DISALLOWANCE OF THE CLAIM OR SUBORDINATION UNDER THE TERMS OF A PLAN OF REORGANIZATION WITHOUT FURTHER NOTICE OR HEARING. 11 U.S.C. § 502(b)(9). CREDITORS MAY WISH TO CONSULT AN ATTORNEY TO PROTECT THEIR RIGHTS.**

Date: May 13, 2026

By: /s/ Kyra E. Andrassy
Signature of Debtor, chapter 11 trustee, or their attorney

Name: Kyra E. Andrassy
Printed name of Debtor, chapter 11 trustee, or their attorney

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4675 MacArthur Court, Suite 1550, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled: **NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM IN A CHAPTER 11 CASE [LBR 3003-1]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* **May 13, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On *(date)* **May 13, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* **May 13, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Federal Express**
Hon. Scott C. Clarkson
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 13, 2026 | Connie-Marie Santiago | /s/ Connie-Marie Santiago |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Kyra E Andrassy** kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Jessica L Bagdanov** jbagdanov@bg.law, ecf@bg.law
- **Marcus Colabianchi** mcolabianchi@duanemorris.com, marcus-colabianchi-2595@ecf.pacerpro.com
- **Andrew Michael Cummings** andrew.cummings@hklaw.com, philip.dobbs@hklaw.com;hapi@hklaw.com;sandy.olalde@hklaw.com
- **Dora Duru** dora.duru@bclplaw.com
- **David B Golubchik** dbg@lnbyg.com, dbg@lnbyg.com
- **Steven T Gubner** sgubner@bg.law, ecf@bg.law
- **Robert S Marticello** rmarticello@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Kenneth Misken** Kenneth.M.Misken@usdoj.gov
- **John A Moe** john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
- **Stephen M. Mott** smott@raineslaw.com, csantiago@raineslaw.com;bclark@raineslaw.com
- **David M Poitras** dpoitras@bg.law
- **Todd C. Ringstad** becky@ringstadlaw.com, arlene@ringstadlaw.com
- **David James Root** david.root@bclplaw.com, verlisa.lewis@bclplaw.com
- **Joseph M Rothberg** jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **Martin W Taylor** marty.taylor@bclplaw.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Sharon Z. Weiss** sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

2. **SERVED BY UNITED STATES MAIL**:

Alina B
3426 Blackhawk Cir - D-080
Danville, CA 94506

Zeeshan Khalid dba
Alka’s Brow Studio
3570 Blackhawk Plaza Circle, Suite C-04A
Danville, CA 94506

Apple Cinemas Danville Inc.
19 Anderson Way
East Walpole, MA 02032

Blackhawk Dental
4018 Blackhawk Cir - A-040
Danville, CA 94506

Blackhawk Gallery
3416 Blackhawk Cir - D-100
Danville, CA 94506

Blackhawk Pizzeria
4050 Blackhawk Cir - A-060
Danville, CA 94506

Blackhawk Plastic Surgery
3600 Blackhawk Cir - B-140
Danville, CA 94506

Blue Gingko
3496 Blackhawk Cir - D-010
Danville, CA 94506

Boghossian Vision
3380 Blackhawk Circle
Suite 200 - H-290
Danville, CA 94506

Bright Minds Academy
3380 Blackhawk Circle
Suite 220 - H-230
Danville, CA 94506

Brown Butter
3456 Blackhawk Circle - D7-12
Danville, CA 94506

Combat Sports Academy
Attn: Mujeeb Hamid
6207 Sierra Court,
Dublin, CA 94568

CorePower Yoga
3494 Blackhawk Circle
Space D-020
Danville, CA 94506

Dogtopia
Black Noses 2, LLC,
3541 O'Conner Drive
Lafayette, CA 94549

Dogtopia
BETTER TOGETHER, LLC
6245 North 24th Parkway, Suite 210
Phoenix, AZ 85016

Draeger’s Super Markes, Inc.
Attn: Mr. Richard Draeger
291 Utah Avenue
South San Francisco, CA 94080

Peter Mozaffari
dba Dreamland of Blackhawk
3380 Blackhawk Plaza Cir.
Suite F3 & F8,
Danville, CA 94506

Fat Maddies Tavern and Taps
3421 Blackhawk Plaza Circle
Danville, CA 94506

Gameday VR
2433 Telegraph Avenue
Berkeley, CA 94704

Gameday VR
3380 Blackhawk Plaza Cir., Suite H-1
Danville, CA 94506

Lilian S. Awadalla
& George C. Nijmeh
3057 Deer Meadow Drive
Danville, CA 94506

Indian Restaurant
3483 Blackhawk Plaza Circle, F050
Danville, CA 94506

Jade Spa3380-4175 Blackhawk Cir - D-040 Danville, CA 94506

Kabob Lounge
Neco Shojaee
120 Park Lake Circle
Walnut Creek, CA 94598

Kidtopia
3446 Blackhawk Plaza Circle
Suite D7-14, D7-14A, D7-15
Danville, CA 94506

Lori Buffalow's
The Next Step Dance Studio
Attn: Lori Buffalow-Fonzi
4291 Quail Run Lane
Danville, CA 94506

Lori Buffalow's
The Next Step Dance Studio
3612 Blackhawk Blaza Circle, C8
Danville, CA 94506

Montessori School
2483 Diablo Ranch Pl.
Danville, CA 94506

Nails 4U Salon & SPA
Lilian S. Awadalla
& George C. Nijmeh
3057 Deer Meadow Drive
Danville, CA 94506

Neco Shojaee (Banquet Space)
120 Park Lake Circle
Walnut Creek, CA 94598

NILO Restaurant
3380-4175 Blackhawk Cir - F-100
Danville, CA 94506

OsteoStrong Studio
3400 Blackhawk Cir - D-126
Danville, CA 94506

Phenix Salons Blackhawk LLC
1429 Menton St.
Danville, CA 94506

The Opus Law Firm
Attn: Justin White
662 Encinitas Blvd., Suite 248
Encinitas, CA 92024

Phenix Salon Suites Franchising, LLC
Attention: Franchise Administrator
1084 N. El Camino Real
Suite B #427
Encinitas, CA 92024

Sandhu, Manjit & Jaskiran
3483 Blackhawk Plaza Circle
Danville, CA 94506

Selin Optical
Selin Khayatan, O.D., Inc.
2255 Genoa Street
Danville, CA 94506

Smiles & Braces
3380-4175 Blackhawk Cir - H-210
Danville, CA 94506

Sohal City Ventures, LLC
Sohal, Joshi
3461 Blackhawk Plaza Circle, F-6
Danville, CA 94506

Sohal City Cards
3461 Blackhawk Plaza Circle
Danville, CA 94506

Soo Dance Academy LLC
3380-4175 Blackhawk Cir - H-210
Danville, CA 94506

Starbucks #14226-CA
4000 Blackhawk Circle - A-010
Danville, CA 94506

Starbunni
3380 Blackhawk Plaza Circle, F2
Danville, CA 94506

Tassajara Cleaners
4012 Blackhawk Circle - A-030
Danville, CA 94506

Teen Tech 101
3380-4175 Blackhawk Plaza Cir - H-280 Danville, CA 94506

Tribez Salon and Blow Dry Bar
4062 Blackhawk Plaza Circle A-070
Danville, CA 94506

Ushanjali School of Dance
Naina Shastri
3019 Hastings Way
San Ramon, CA 94582

Ushanjali School of Dance
Attention: Naina Shastri
3380 Blackhawk Plaza Cir, Suite F010,
Danville, CA 94506

Grease Trap Cleaners
673 Royston Lane, Apt. 236
Hayward, CA 94544

Label Matrix for local noticing
0973-8
Case 8:26-bk-10832-SC
Central District of California
Santa Ana
Wed May 13 09:38:59 PDT 2026

Ramanujan Group LLC
520 Newport Center Drive
Suite 480
Newport Beach, CA 92660-7034

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

AA Fire Systems, Inc.
4010 Foothills Blvd.
Suite 103-65
Roseville, CA 95747-7241

Alanzo's Landscaping
4318 Thornhiil Ct
Pittsburg, CA 94565-6255

Alina B
3426 Blackhawk Cir - D-080
Danville, CA 94506

Alka's Brow Studio
3380-4175 Blackhawk Cir - C-04A
Danville, CA 94506

Allied Universal
161 Washington Street
Suite 600
Conshohocken, PA 19428-2083

Apple Cinemas
4175 Blackhawk Cir - MM-10
Danville, CA 94506

Arrow Sign Company
1051 46th Avenue
Oakland, CA 94601-4436

Arrow Sign Company
c/o McKenna Brink Signorotti LLP
Attn: Tanner D. Brink
1350 Treat Blvd. Suite 105
Walnut Creek, CA 94597-7959

BP Environmental Services, LLC
100 Highpoint Drive
Suite 101
Chalfont, PA 18914-3926

Blackhawk Commercial Owner Assoc.
c/o Vierergruppe Management, Inc.
1932 E Deere Avenue, Suite 150
Santa Ana, CA 92705-5716

Blackhawk Dental
4018 Blackhawk Cir - A-040
Danville, CA 94506

Blackhawk Gallery
3416 Blackhawk Cir - D-100
Danville, CA 94506

Blackhawk Pizzeria
4050 Blackhawk Cir - A-060
Danville, CA 94506

Blackhawk Plastic Surgery
3600 Blackhawk Cir - B-140
Danville, CA 94506

Blue Gingko
3496 Blackhawk Cir - D-010
Danville, CA 94506

Boghossian Vision
3380 Blackhawk Circle, Suite 200 - H-290
Danville, CA 94506

Bright Minds Academy
3380 Blackhawk Circle, Suite 220
Unit H-230
Danville, CA 94506

Brown Butter
3456 Blackhawk Circle
Unit D7-12
Danville, CA 94506

COLLECTION BUREAU OF AMERICA
25954 Eden Landing Rd 1st Flr
Hayward, CA 94545-3837

Cantor Group Manager LLC
520 Newport Center Drive Suite 480
Newport Beach, CA 92660-7034

Combat Sports Academy
3380-4175 Blackhawk Cir - D7-20
Danville, CA 94506

(p)CONTRA COSTA COUNTY TREASURER TAX COLLEC
ATTN TAX COMPLIANCE UNIT
BOX 967
MARTINEZ CA 94553-0096

CorePower Yoga
3494 Blackhawk Circle, Space D-020
Danville, CA 94506

Delaware Division of Revenue
Attn: Bankruptcy Administrator
Carvel State Building
820 N. French Street, 8th Floor
Wilmington, DE 19801-3509

Diablo Screen & Glass
1065-F Shary Circle
Concord, CA 94518-2421

Dogtopia
3380-4175 Blackhawk Cir - B-110
Danville, CA 94506

Draeger's
4100 Blackhawk Cir - A-110
Danville, CA 94506

Dreamland of Blackhawk
3471 Blackhawk Plaza Circle F-030
Danville, CA 94506-4610

East Bay Municipal Utility District
PO Box 51191
Los Angeles, CA 90051-5491

Employment Development Department
Bankruptcy Group MIC 92E
Sacramento, CA 94280-0001

Fat Maddies Tavern and Taps
3421 Blackhawk Plaza Circle G-040
Danville, CA 94506-4610

Franchise Tax Board
Bankruptcy Section, MS A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Gameday VR
3380-4175 Blackhawk Cir - H-110
Danville, CA 94506

George C Nijmeh (Assignor), Lilian S. Aw
3380-4175 Blackhawk Cir - D-060
Danville, CA 94506

Grease Trap Cleaners, LLC
673 Royston Lane,
Hayward, CA 94544-6774

Indian Restaurant
3483 Blackhawk Plaza Circle F-050
Danville, CA 94506-4610

Intec Solutions Inc
5662 La Ribera Street
Suite A
Livermore, CA 94550-2528

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jade Spa
3380-4175 Blackhawk Cir - D-040
Danville, CA 94506

Jones Lang LaSalle Brokerage, Inc.
c/o Gaba Law
Attn: Rodolfo Gaba, Jr.
8583 Irvine Center Drive #500
Irvine, CA 92618-4298

Jung Dong Choi
c/o Bowles & Verna LLP
Attn: Richard T. Bowles
2121 N. California Blvd. #875
Walnut Creek, CA 94596-7387

K and C Environmental
22447 Charlene Way
Castro Valley, CA 94546-7101

KONE
P.O. Box 102425
Pasadena, CA 91189-2425

Kabob Lounge
3380-4175 Blackhawk Cir - L-000
Danville, CA 94506

Kidtopia
3380-4175 Blackhawk Cir - D7-14A
Danville, CA 94506

Kiki Brows
c/o Sodhi Law Group
Attn: Jakrun S. Sodhi
1030 15th Street
Modesto, CA 95354-1102

Kyra E. Andrassy
Raines Feldman Littrell LLP
4675 MacArthur Court
Suite 1550
Newport Beach, CA 92660-2042

Lori Buffalow's The Next Step Dance Stu
3380-4175 Blackhawk Cir - C-080
Danville, CA 94506

Makai Capital
dba Pacific Signaling System
2301 Armstrong Street, #113
Livermore, CA 94551-9349

Montessori School
3380-4175 Blackhawk Cir - H-120
Danville, CA 94506

Montessori School
3380-4175 Blackhawk Cir - H-120A
Danville, CA 94506

NILO Restaurant
3380-4175 Blackhawk Cir - F-100
Danville, CA 94506

Nails 4U Salon & SPA
3476 Blackhawk Plaza Circle D-060
Danville, CA 94506-4600

Nano Banc
7755 Irvine Center Drive
3rd Floor
Irvine, CA 92618-2904

Nano Banc
c/o Bryan Cave Leighton Paisner LLP
Attn: Marty Taylor
1920 Main Street, Suite 100
Irvine, CA 92614-7244

Neco Shojaee (Banquet Space)
3446 Blackhawk Cir - D7-14
Danville, CA 94506

Orange County Tax Collector
601 N. Ross Street
Santa Ana, CA 92701-4091

OsteoStrong Studio
3400 Blackhawk Cir - D-126
Danville, CA 94506

(p)PACIFIC GAS & ELECTRIC COMPANY
PO BOX 8329
STOCKTON CA 95208-0329

Pacific Gas and Electric Company
PO Box 997300
Sacramento, CA 95899-7300

Phoenix Salon Suites
3380-4175 Blackhawk Cir - C-04B
Danville, CA 94506

Pond M Solutions
1250 I Newell Avenue
#169
Walnut Creek, CA 94596-5373

Preferred Bank
601 S Figueroa St
47th Floor
Los Angeles, CA 90017-5752

Ramanujan Group MOM, LLC
520 Newport Center Drive Suite 480
Newport Beach, CA 92660-7034

Ramanujan Investor Group, LLC
520 Newport Center Drive Suite 480
Newport Beach, CA 92660-7034

Reco Roofing Inc
812 W Clover Rd Spc 59
Spc 59
Tracy, CA 95376-1712

Sandhu, Manjit & Jaskiran
3483 Blackhawk Plaza Circle F-050
Danville, CA 94506-4610

Selin Optical
3380-4175 Blackhawk Cir - C-030
Danville, CA 94506

Smiles & Braces
3380-4175 Blackhawk Cir - H-210
Danville, CA 94506

Sohal City Cards
3461 Blackhawk Plaza Circle
Danville, CA 94506-4610

Sohal, Joshi
3380-4175 Blackhawk Cir - F-060
Danville, CA 94506

Soo Dance Academy LLC
3380-4175 Blackhawk Cir - H-210
Danville, CA 94506

Starbucks #14226-CA
4000 Blackhawk Circle - A-010
Danville, CA 94506

Starbunni
3380-4175 Blackhawk Cir - F-020
Danville, CA 94506

State Board of Equalization
Special Operations Bankruptcy Team
MIC 74
P.O. Box 942879
Sacramento, CA 94279-0074

Synergis Waste Management
Services, Inc.
21 Truesdale Lake Drive South
Salem, NY 10590

Tassajara Cleaners
4012 Blackhawk Circle - A-030
Danville, CA 94506

Teen Tech 101
3380-4175 Blackhawk Plaza Cir
Unit H-280
Danville, CA 94506

Tribez Salon and Blow Dry Bar
4062 Blackhawk Plaza Circle A-070
Danville, CA 94506-4654

Tripple Threat Plumbing LLC
2455 Naglee Road
#187
Tracy, CA 95304-7324

US Trustee's Office (SA)
411 West Fourth Street
Suite 7160
Santa Ana, CA 92701-4500

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

Ushanjali School of Dance
3499 Blackhawk Cir - F-010
Danville, CA 94506

Vierergruppe Management, Inc.
1932 East Deere Avenue
Suite 150
Santa Ana, CA 92705-5716

Robert S Marticello
Raines Feldman Littrell LLP
4675 MacArthur Ct
Suite 1550
Newport Beach, CA 92660-2042

Stephen M. Mott
Raines Feldman Littrell LLP
1900 Avenue of the Stars 19th Fl
Los Angeles, CA 90067-4410

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Contra Costa County Tax Collector
625 Court Street #100
Martinez, CA 94553

PG&E
PO BOX 8329
C/O BANKRUPTCY
STOCKTON, CA 95208

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Apple Cinemas Danville Inc.

(u)Courtesy NEF

(u)Nano Banc

(u)Preferred Bank

(d)Intec Solutions, Inc.
5662 La Ribera St Ste A
Livermore CA 94550-2528

(d)Preferred Bank
601 S. Figueroa Street
47th Floor
Los Angeles, CA 90017-5752

(d)Ramanujan Group LLC
520 Newport Center Drive
Suite 480
Newport Beach, CA 92660-7034

(d)Kyra E Andrassy
Raines Feldman Littrell LLP
4675 MacArthur Court
Ste 1550
Newport Beach, CA 92660-2042

End of Label Matrix
Mailable recipients 88
Bypassed recipients 8
Total 96