**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy (State Bar No. 207959)
*kandrassy@raineslaw.com*
Robert S. Marticello (State Bar No. 244256)
*rmarticello@raineslaw.com*
Stephen M. Mott (State Bar No. 362642)
*smott@raineslaw.com*
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

Counsel for Debtor-in-Possession
Plaza Continental Group LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>Plaza Continental Group LLC,<br><br>Debtor-in-Possession. | Case No.: 8:26-bk-10986-MH<br><br>Chapter 11<br><br>**DEBTOR'S CHAPTER 11 STATUS REPORT**<br><br>**<u>Hearing Information</u>:**<br>Date: September 15, 2026<br>Time: 1:30 p.m.<br>Place: Courtroom 6C<br>411 West Fourth Street<br>Santa Ana, CA 92701 |

**TO THE HONORABLE MARK D. HOULE, UNITED STATES BANKRUPTCY JUDGE, AND CREDITORS ENTITLED TO NOTICE:**

Plaza Continental Group LLC (the "**Debtor**") submits its chapter 11 status report in connection with the September 15, 2026, status conference.

## I. EVENTS LEADING TO THE FILING OF THE CASE

The Debtor owns and operates a mixed use office and retail center at 3440-3550, 3660 Porsche Way, and 3700-3760 Inland Empire Blvd., Ontario, CA 91764 (the "**Property**"). The Property's tenants include Benihana, Hamburger Mary's and El Torito. It is subject to

two liens: (1) a lien in favor of Preferred Bank, which is owed approximately $23,131,053 and (2) a lien in favor of Nano Banc, which is owed approximately $5,131,969. In addition, there is a third lien that was placed on the Property by affiliates of former management that is in favor of a company called Cantor Group IV, which was assigned to Cantor Group V, which is under a receivership. The lien allegedly secures a $17 million loan and was filed on January 14, 2025. The lien was pledged as collateral to Western Alliance Bank by Cantor Group V and the Debtor is in negotiations with Western Alliance Bank regarding its treatment and regarding adequate protection payments. There are also defaulted property taxes of approximately $700,000.

Prepetition, the Debtor and Nano Banc were in litigation in Orange County Superior Court, and the Debtor has filed a counterclaim against Nano Banc. In December 2025, Nano Banc obtained the appointment of Douglas Wilson as a rents and profits receiver (the "**Receiver**") pending a nonjudicial foreclosure proceeding. The Debtor's chapter 11 petition was filed on March 30, 2026, to prevent the foreclosure sale from proceeding. The Receiver has continued to serve postpetition. However, the Debtor, Preferred Bank, and Nano Banc have submitted a stipulation under which the Receiver will be transitioned out one week after entry of an order approving the stipulation. Under the stipulation, within a week after entry of an order, the Debtor will commence making adequate protection payments to Preferred Bank and Nano Banc, retroactive to June 29, 2026. In addition, the Debtor has agreed to file its application to employ its real estate brokers as soon as is practicable and to list the Property for sale by September 27, 2026. The motion to approve the stipulation is scheduled for a hearing on September 29, 2026, at 1:30 p.m. The motion also resolves the Debtor's request to adjust the dates for the filing of its disclosure statement and plan.

## II. <u>THE DEBTOR'S PRE AND POST-PETITION LITIGATION</u>

The Debtor and Nano Banc are involved in a lawsuit wherein the Debtor has asserted claims for lender liability and Nano Banc has asserted claims for breach of lending

documents. That litigation is currently stayed and the Debtor will evaluate whether to seek relief from stay to continue the litigation.

In addition, there are several breach of contract actions that were pending as of the Petition Date.

## III. AVOIDANCE CLAIMS

At present, the Debtor is not aware of any avoidance actions. It is analyzing whether there is any legal or factual basis to avoid the lien in favor of Cantor Group V.

## IV. STATUS OF RETENTION OF COUNSEL AND OTHER PROFESSIONALS

The Court has approved the employment of Raines Feldman Littrell LLP as counsel for the Debtor. The Court has also approved the Debtor's application to retain Grobstein Teeple LLP to provide support services to the Debtor's manager, Howard Grobstein. The Debtor is in the process of preparing an application to employ real estate brokers and also expects to seek approval of the retention of Investors' Property Services as the property manager once the Receiver transitions out.

## V. STATUS OF COMPLIANCE WITH OBLIGATIONS OF THE OFFICE OF THE UNITED STATES TRUSTEE

The Debtor is in compliance with the requirements of the Office of the United States Trustee.

## VI. DEADLINE FOR THE DISCLOSURE STATEMENT AND PLAN

If the Court approves the stipulation referenced above, the Debtor's deadline to file its disclosure statement will be October 26, 2026, and the deadline to obtain approval of it will be December 11, 2026, with the deadline for confirmation of the plan to be January 29, 2027.

**VII. <u>CLAIM DEADLINE</u>**

At the last status conference, the Court set July 1, 2026, as the deadline for creditors to submit claims, and the Debtor subsequently served notice of the deadline on all of its creditors.

Respectfully submitted,

Dated: September 8, 2026

**RAINES FELDMAN LITTRELL LLP**

By: *<u>/s/ Kyra E. Andrassy</u>*
Kyra E. Andrassy
Counsel for Plaza Continental Group LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4675 MacArthur Court, Suite 1550, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S CHAPTER 11 STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 8, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| September 8, 2026 | Connie-Marie Santiago | /s/ Connie-Marie Santiago |
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Kyra E Andrassy** kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Jessica L Bagdanov** jbagdanov@bg.law, ecf@bg.law
- **Dora Duru** dora.duru@bclplaw.com, verlisa.lewis@bclplaw.com,dora-duru-0321@ecf.pacerpro.com
- **Amir Gamliel** amir.gamliel@ashurstperkins.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- **Craig S Ganz** ganzc@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- **Steven T Gubner** sgubner@bg.law, ecf@bg.law
- **Ira David Kharasch** ikharasch@pszjlaw.com
- **John A Moe** john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
- **Stephen M. Mott** smott@raineslaw.com, csantiago@raineslaw.com;bclark@raineslaw.com
- **Michael S Myers** myersm@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- **David M Poitras** dpoitras@bg.law
- **Todd C. Ringstad** becky@ringstadlaw.com, arlene@ringstadlaw.com
- **David James Root** david.root@bclplaw.com, verlisa.lewis@bclplaw.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Christopher A Ward** cward@lowenstein.com, lsuprum@lowenstein.com
- **Sharon Z. Weiss** sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

2. **SERVED BY UNITED STATES MAIL**:

| | | |
|---|---|---|
| 20 Largest Unsecured Creditors | Vierergruppe Management Inc.<br>1932 East Deere Avenue Suite 150<br>Santa Ana, CA 92705 | Joses Nuevo Landscaping LLC<br>3857 Birch Street Suite 209<br>Newport Beach, CA 92660 |
| A & M Cleaning Services<br>45 La Porte Street<br>Arcadia, CA 91006 | City of Ontario<br>PO Box 8000<br>Ontario, CA 91761 | Ontario Center Owners Association<br>P.O. Box 1040<br>Chino, CA 91708 |
| Sain Builders<br>147 Hart Bench Rd<br>Darby, MT 59829 | Moises Camacho<br>5590 W. Mission Blvd.<br>Ontario, CA 91762 | Southern California Edison<br>P.O. Box 300<br>Rosemead, CA 91772-0001 |
| Arrowhead Group, Inc<br>dba Basic Backflow<br>3424 Del Rosa Ave<br>San Bernardino, CA 92404 | Trend Systems Group<br>2126 S. Standard Avenue<br>Santa Ana, CA 92707 | 4 Seasons Air, Inc.<br>8585 Katella Avenue<br>Stanton, CA 90680 |
| American Jetting Services<br>P.O Box 1699<br>Ontario, CA 91762 | Pestgon, Inc.<br>3612 Ocean Ranch Rd<br>Oceanside, CA 92056 | C.S.I. Patrol Service, Inc.<br>3605 Long Beach Blvd #205<br>Long Beach, CA 90807-4024 |
| Western Exterminator Company<br>PO Box BOX 740608<br>Cincinnati, OH 45274 | Executive Lighting and Electric<br>1141 North Cosby Way, Ste A<br>Anaheim, CA 92806 | Smart Key Locksmith<br>25211 Sunnymead Blvd Ste C-4<br>Moreno Valley, CA 92553-4100 |