**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy (State Bar No. 207959)
*kandrassy@raineslaw.com*
Robert S. Marticello (State Bar No. 244256)
*rmarticello@raineslaw.com*
Stephen M. Mott (State Bar No. 362642)
*smott@raineslaw.com*
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

Counsel for Debtor-in-Possession
Chino Central Group, LLC

FILED & ENTERED

SEP 08 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT – SANTA ANA DIVISION**

In re:

CHINO CENTRAL GROUP, LLC,

Debtor in Possession.

Case No.: 8:26-bk-10925-SC
Chapter: 11

**ORDER DENYING WESTERN ALLIANCE BANK'S MOTION TO DISMISS OR CONVERT**

DATE: August 26, 2026
TIME: 1:30 p.m.
CTRM: 5C

On August 26, 2026 at 1:30 p.m., a hearing was held on *Western Alliance Bank's Motion to Dismiss or Convert* [Dkt. 93] (the "Motion"). Appearances were as noted on the record. Having considered the Motion, all papers submitted in support thereof and opposition thereto, and the statements and arguments of counsel at the hearing on the Motion, for the reasons stated on the record at the August 26, 2026 hearing on the Motion, the Court orders:

The Motion is denied.

**IT IS SO ORDERED.**

Date: September 8, 2026

Scott C. Clarkson
United States Bankruptcy Judge