Ira D. Kharasch (State Bar No. 109084)
Cia H. Mackle (*Admitted Pro Hac Vice*)
Brooke E. Wilson (State Bar No. 354614)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: ikharasch@pszjlaw.com
cmackle@pszjlaw.com
bwilson@pszjlaw.com

Counsel to the Official Committee of
Unsecured Creditors of Andrew Stupin and Julie Stupin

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>RAMANUJAN GROUP LLC,<br><br>Debtor and Debtor in Possession. | Case No. 8:26-bk-10832-SC<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002** |

**PLEASE TAKE NOTICE** that Pachulski Stang Ziehl & Jones LLP ("PSZJ"), counsel to the Official Committee of Unsecured Creditors appointed in the chapter 11 case of Andrew Stupin and Julie Stupin (the "Stupin Committee") pending in the United States Bankruptcy Court for the Central District of California, Santa Ana Division, bearing case number 8:26-bk-11202-SC, hereby enters its appearance on behalf of the Stupin Committee in the above-captioned chapter 11 case, pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that it be added to the official mailing matrix and service lists in the above-captioned case. PSZJ requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in this chapter 11 case and copies of all papers served or required to be served in this chapter 11 case, including but not limited to, all notices

(including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon the Stupin Committee through service upon PSZJ, at the address, telephone, facsimile number, and email addresses set forth below:

Ira D. Kharasch, Esq.
Cia H. Mackle, Esq.
Brooke E. Wilson, Esq.
**PACHULSKI STANG ZIEHL & JONES LLP**
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4100
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: ikharasch@pszjlaw.com
cmackle@pszjlaw.com
bwilson@pszjlaw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in this chapter 11 case, whether formal or informal, written or oral, and whether served, transmitted, or conveyed by mail, hand delivery, telephone, email, facsimile, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

Dated: August 21, 2026

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Ira D. Kharasch*
Ira D. Kharasch

Counsel to the Official Committee of Unsecured Creditors of Andrew Stupin and Julie Stupin

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10100 Santa Monica Blvd., 13th Fl., Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 21, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **August 21, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **_____, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| August 21, 2026 | Nancy H. Brown | /s/ Nancy H. Brown |
| *Date* | *Printed Name* | *Signature* |

## 1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):

- **Kyra E Andrassy** kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Jessica L Bagdanov** jbagdanov@bg.law, ecf@bg.law
- **Jacob M Barlev** jbarlev@bowlesverna.com, khelms@bowlesverna.com
- **Marcus Colabianchi** mcolabianchi@duanemorris.com, marcus-colabianchi-2595@ecf.pacerpro.com
- **Andrew Michael Cummings** andrew.cummings@hklaw.com, philip.dobbs@hklaw.com;hapi@hklaw.com;sandy.olalde@hklaw.com
- **Dora Duru** dora.duru@bclplaw.com, verlisa.lewis@bclplaw.com,dora-duru-0321@ecf.pacerpro.com
- **David B Golubchik** dbg@lnbyg.com, dbg@lnbyg.com
- **Steven T Gubner** sgubner@bg.law, ecf@bg.law
- **Robert S Marticello** rmarticello@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Kenneth Misken** Kenneth.M.Misken@usdoj.gov
- **John A Moe** john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
- **Stephen M. Mott** smott@raineslaw.com, csantiago@raineslaw.com;bclark@raineslaw.com
- **David M Poitras** dpoitras@bg.law
- **Todd C. Ringstad** becky@ringstadlaw.com, arlene@ringstadlaw.com
- **David James Root** david.root@bclplaw.com, verlisa.lewis@bclplaw.com
- **Joseph M Rothberg** jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **Martin W Taylor** marty.taylor@bclplaw.com, shawn.williams@bclplaw.com,marty-taylor-5681@ecf.pacerpro.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Christopher A Ward** cward@lowenstein.com, lsuprum@lowenstein.com
  **Sharon Z. Weiss** sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

## 2. SERVED BY UNITED STATES MAIL:

Andrea C. Chang
Dentons US LLP
601 S. Figueroa St., Ste. 2500
Los Angeles, CA 90017-5704

Howard Grobstein
Grobstein Teeple LLP
6300 Canoga Ave., Ste. 1500W
Woodland Hills, CA 91367