**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy (State Bar No. 207959)
*kandrassy@raineslaw.com*
Robert S. Marticello (State Bar No. 244256)
*rmarticello@raineslaw.com*
Stephen M. Mott (State Bar No. 6033468)
*smott@raineslaw.com*
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

Counsel for Debtor-in-Possession
Ramanujan Group LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT – SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>Ramanujan Group LLC<br><br>Debtor-in-Possession. | Case No.: 8:26-bk-10834-SC<br><br>Chapter 11<br><br>**DEBTOR'S CHAPTER 11 STATUS REPORT**<br><br>**<u>Hearing Information</u>:**<br>Date: September 16, 2026<br>Time: 1:30 p.m.<br>Place: Courtroom 5C – Virtual<br>411 West Fourth Street<br>Santa Ana, CA 92701 |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, AND CREDITORS ENTITLED TO NOTICE:**

Ramanujan Group LLC (the "**Debtor**") submits its chapter 11 status report in connection with the September 16, 2026, status conference.

As the Court is now well aware, the Debtor's case is one of approximately 15 cases filed by entities previously managed by Continuum Analytics. Howard Grobstein was appointed approximately a month after the case was filed and although Mr. Grobstein and the Debtor's counsel expected inaccuracies in the financial information they received from former management and the former property manager, the extent of the inaccuracies exceeded their expectations. The early monthly operating reports contained disclaimers because the source

of some of the early information was suspect and because of delays in getting financial information from the Receiver, who had to get it from his property manager. For reasons the Debtor never understood, the Receiver's team was initially slow to provide financial information to the Debtor and the property manager would not respond to the Debtor's requests, and counsel had to elevate requests. However, the Debtor did the best it could with the information available. The Debtor has prioritized being transparent in providing information available to it to creditors and equity holders and has tried to work cooperatively with all parties to achieve the best result possible in difficult circumstances. It has promptly responded to all requests for information from all parties in interest. The length of time that it took the Debtor to transition the Receiver out and to take control of the Property is a function of the length of time that it took the relevant parties (including Preferred Bank) to reach agreement on two separate stipulations (one clarifying that Mr. Grobstein was exercising his business judgment independent of former management and equity holders and another regarding the transition from the Receiver to the Debtor) and to obtain approval of them. It was not the result of delays by the Debtor.

The Debtor has briefly reviewed the memorandum filed by Preferred Bank the same day as the filing of the status report. The Debtor takes issues with a number of the contentions and characterizations but does not have the ability to respond immediately to all of the allegations in that pleading the same day that it was filed and requests that it be given a short opportunity to do so, but does note the following:

<u>Rent Rolls</u>: Despite several requests, the Debtor did not obtain an updated rent roll from the Receiver's property manager until June. Once it had this information, it updated the figures it reported to the parties.

<u>Property Taxes</u>: In the June monthly operating report, the Debtor inaccurately reported that it had $313,224 in postpetition property taxes. This obligation was removed because the Debtor determined that under applicable state law, the taxes that were due without penalty on April 15 were prepetition obligations and not postpetition obligations. The taxes that will come due in November will be reported on the monthly operating report the month

after they are paid. The Debtor can amend the June report to correct this. The amount of the property taxes due has changed as the Debtor has obtained more information, with the recent higher figures taken from a preliminary title report that was received a couple of weeks ago.

Professional fee disclosure: The Debtor's monthly operating reports are on a cash basis and therefore do not contemplate the accrual of professional fees on the reports.

The larger issue in this case has been understanding what exactly the Debtor is able to sell and what its value is. The shopping center has a few different portions to it, and it took a title officer at Orange Coast Title a few weeks to specifically identify what was what and the extent of the Debtor's interest. The Debtor has determined that it owns the shopping center itself and that the Blackhawk Commercial Owners' Association ("BCOA") owns the parking lot and common areas. There are other portions owned by third parties. The Debtor is the declarant of the BCOA and the holder of the most significant interest in the BCOA and therefore needed to understand what rights that vested in the Debtor. The Debtor has now had an opportunity to review the Covenants, Conditions, and Restrictions together with their amendments and has reviewed the bylaws of the BCOA. There is a path forward for selling the parcels owned by the Debtor and those owned by the BCOA as one unit, which is where the $63 million value is, but it will require the BCOA members to vote by a 67% majority to change the use of the property from retail to mixed use and would require them to agree to a sale of the parcels owned by the BCOA. If the BCOA voted to change the use of the property to mixed-use, the local city and county would need to approve the change in use. The Debtor is still analyzing what sale of the parcels owned by both the Debtor and the BCOA would mean for the Debtor. Unless a foreclosing secured creditor sells the Property to a third party at a foreclosure sale, this issue will need to be addressed whether this case remains in chapter 11, is converted to a chapter 7, or the secured creditor becomes the owner.

These are admittedly a lot of steps and the Debtor is evaluating whether it has a path forward based on the foregoing. Prior to the September 16, 2026, hearing, the Debtor intends to reach out to the secured creditors to discuss the direction of this case. If those discussions are fruitful, the Debtor will file its disclosure statement and plan within the extended deadline

it requested.

Respectfully submitted,

Dated: September 9, 2026

RAINES FELDMAN LITTRELL LLP

By: */s/ Kyra E. Andrassy*
Kyra E. Andrassy
*Counsel for Debtor-in-Possession*
*Ramanujan Group LLC*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4675 MacArthur Court, Suite 1550, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S CHAPTER 11 STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 9, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **September 9, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **September 9, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Scott C. Clarkson
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| September 9, 2026 | Connie-Marie Santiago | /s/ Connie-Marie Santiago |
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Kyra E Andrassy** kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Jessica L Bagdanov** jbagdanov@bg.law, ecf@bg.law
- **Jacob M Barlev** jbarlev@bowlesverna.com, khelms@bowlesverna.com
- **Marcus Colabianchi** mcolabianchi@duanemorris.com, marcus-colabianchi-2595@ecf.pacerpro.com
- **Andrew Michael Cummings** andrew.cummings@hklaw.com, philip.dobbs@hklaw.com;hapi@hklaw.com;sandy.olalde@hklaw.com
- **Dora Duru** dora.duru@bclplaw.com, verlisa.lewis@bclplaw.com,dora-duru-0321@ecf.pacerpro.com
- **David B Golubchik** dbg@lnbyg.com, dbg@lnbyg.com
- **Steven T Gubner** sgubner@bg.law, ecf@bg.law
- **Ira David Kharasch** ikharasch@pszjlaw.com
- **Robert S Marticello** rmarticello@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Kenneth Misken** Kenneth.M.Misken@usdoj.gov
- **John A Moe** john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
- **Stephen M. Mott** smott@raineslaw.com, csantiago@raineslaw.com;bclark@raineslaw.com
- **David M Poitras** dpoitras@bg.law
- **Todd C. Ringstad** becky@ringstadlaw.com, arlene@ringstadlaw.com
- **David James Root** david.root@bclplaw.com, verlisa.lewis@bclplaw.com
- **Joseph M Rothberg** jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **Martin W Taylor** marty.taylor@bclplaw.com, shawn.williams@bclplaw.com,marty-taylor-5681@ecf.pacerpro.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Christopher A Ward** cward@lowenstein.com, lsuprum@lowenstein.com
- **Sharon Z. Weiss** sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

2. **SERVED BY UNITED STATES MAIL**:

20 Largest Unsecured Creditors

Jones Lang LaSalle Brokerage, Inc.
c/o Gaba Law
Attn: Rodolfo Gaba, Jr.
8583 Irvine Center, Drive #500
Irvine, CA 92618

Blackhawk Commercial Owner Assoc.
c/o Vierergruppe Management, Inc.
1932 E Deere Avenue, Suite 150
Santa Ana, CA 92705

Vierergruppe Management, Inc.
1932 East Deere Avenue, Suite 150
Santa Ana, CA 92705

Pacific Gas and Electric Company
PO Box 997300
Sacramento, CA 95899-7300

East Bay Municipal Utility District
PO Box 51191
Los Angeles, CA 90051-5491

Allied Universal
161 Washington Street, Suite 600
Conshohocken, PA 19428

BP Environmental Services, LLC
100 Highpoint Drive, Suite 101
Chalfont, PA 18914

Tripple Threat Plumbing LLC
2455 Naglee Road, #187
Tracy, CA 95304

Pond M Solutions
1250 I Newell Avenue, #169
Walnut Creek, CA 94596

Synergis Waste Management Services, Inc.
21 Truesdale Lake Drive South
Salem, NY 10590

Preferred Bank
601 S Figueroa St, 47th Floor
Los Angeles, CA 90017

Intec Solutions Inc
5662 La Ribera Street, Suite A
Livermore, CA 94550

Makai Capital
dba Pacific Signaling System
2301 Armstrong Street, #113
Livermore, CA 94551

Diablo Screen & Glass
1065-F Shary Circle
Concord, CA 94518

KONE
P.O. Box 102425
Pasadena, CA 91189-2425

Alanzo's Landscaping
4318 Thornhiil Ct
Pittsburg, CA 94565

AA Fire Systems, Inc.
4010 Foothills Blvd., Suite 103-65
Roseville, CA 95747

Reco Roofing Inc
812 W Clover Rd, Spc 59
Tracy, CA 95376

Grease Trap Cleaners, LLC
673 Royston Lane
Hayward, CA 94544

K and C Environmental
22447 Charlene Way
Castro Valley, CA 94546