**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy (State Bar No. 207959)
*kandrassy@raineslaw.com*
Robert S. Marticello (State Bar No. 244256)
*rmarticello@raineslaw.com*
Stephen M. Mott (State Bar No. 6033468)
*smott@raineslaw.com*
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

Counsel for Debtor-in-Possession
Ramanujan Group LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT – SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>Ramanujan Group LLC<br><br>Debtor-in-Possession. | Case No.: 8:26-bk-10834-SC<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON MOTION TO USE CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363(c)**<br><br><u>Hearing Information</u>:<br>DATE: October 28, 2026<br>TIME: 1:30 p.m.<br>CTRM: 5C, 411 W. Fourth St., Santa Ana, CA 92701 (Zoom instructions available on the Court's website) |

**TO ALL PARTIES ENTITLED TO NOTICE:**

**PLEASE TAKE NOTICE** that on **October 28, 2026**, at **1:30 p.m**. in Courtroom 5c of the Ronald Reagan Federal Building and United States Courthouse located at 411 W. Fourth St., Santa Ana, CA 92701, the Court is scheduled to hold a hearing on the motion (the "**Motion**") of Ramanujan Group LLC, the debtor and debtor-in-possession in this case (the "**Debtor**"), for an order authorizing the use of the cash collateral of Preferred Bank and Nano Banc, which is the subject of an FDIC receivership, to pay operating expenses through December 21, 2026. The hearing is being held on shortened notice pursuant to an order entered on October 9, 2026 (the "**Order**"). A copy of the Order is attached hereto as <u>**Exhibit A**</u>. A summary of the relief sought in the Motion is as follows:

## <u>BACKGROUND</u>

On March 18, 2026 (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, commencing the above-captioned case. The Debtor is operating as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the

Bankruptcy Code. No request for the appointment of a trustee or examiner has been made in this case and no official committees have been appointed or designated. This case is a single asset real estate case.

The Debtor is a special purpose entity that owns and operates an outdoor shopping center located at 3380-4175 Blackhawk Circle, Danville, CA 94506 (the "**Property**"). The Property is owned as a tenant in common with Iron Condor Investments, LLC, which holds a 5.5% tenant-in-common interest in the Property. In April 2020, the Debtor obtained a $28 million secured loan from Preferred Bank that was secured by the Property. In May 2020, Iron Condor became a co-borrower on that loan. The balance due on that loan is approximately $29.3 million. In November 2023, the Debtor and Iron Condor obtained a secured line of credit with Preferred Bank, on which the balance owed is approximately $3.1 million. Nano Banc holds the third priority lien against the Property and is owed approximately $6.1 million.

Prepetition, Nano Banc commenced litigation in Orange County Superior Court for, among other things, specific performance and the appointment of a rents and profits receiver. It also commenced nonjudicial foreclosure proceedings against the Property in August 2025. By order entered February 3, 2026, the state court appointed Douglas Wilson as the rents and profits receiver for the Property (the "**Receiver**"). The foreclosure sale was scheduled for March 23, 2026. After negotiations with Nano Banc were unsuccessful, the Debtor filed its emergency chapter 11 petition to avoid losing the Property to foreclosure. Iron Condor has not filed a chapter 11 petition.

Postpetition, Howard Grobstein was appointed as the Debtor's manager. As memorialized in a stipulation that was approved in substantial part by the Court, Mr. Grobstein is acting independently and does not report to or take direction from former management or equity holders. While Mr. Grobstein familiarized himself with the Property and the path forward, the parties agreed to keep the Receiver in place. While the Receiver was at the helm, he used cash collateral to pay expenses necessary for the maintenance and preservation of the Property, and the Debtor included the income and expenses on its monthly operating reports. Postpetition, Nano Banc obtained an appraisal of the Property that placed its as-is value at $58.7 million.

After a few months and by stipulation of the parties, the Receiver transitioned control of the Property to the Debtor, under Mr. Grobstein's management, effective August 21, 2026. The stipulation pursuant to which the Receiver was transitioned out provided that the Receiver could retain $127,500 pending state court approval of his final account and report. To the extent that amount was insufficient to cover the fees and costs of the Receiver and counsel, they were to be allowed an administrative claim in the Debtor's case for the difference. However, when the Receiver turned possession over to the Debtor, he retained an additional $88,000 above the $127,500. The Debtor and the Receiver discussed the issue and, subject to the consent of the lenders and approval of the Court, agreed that the Receiver could hold onto an additional $44,000 and would turn $44,000 over to the Debtor. The Receiver Stipulation also provided that the Debtor would commence making adequate protection payments to Preferred Bank and Nano Banc, retroactive to the 90th day after the filing of the case, within 30 days of the Debtor taking control of the Property. *See Stipulation to Preserve Douglas Wilson as Receiver for Debtor's Property for 60 Days on an Interim Basis and Resolving Motion Filed by Nano Banc for Relief from the Automatic Stay and Relief from Turnover* [Doc. 112].

Since the Receiver transitioned out and while the Debtor has been finalizing its projections, the Debtor has obtained periodic consent from Preferred Bank and Nano Banc to pay critical operating expenses. Just prior to the FDIC becoming the receiver for Nano Banc's remaining assets, the Debtor, Preferred Bank, and Nano Banc discussed the path

forward for the case and agreed that the Debtor should have four months, or until approximately mid-January, to market and sell the Property. Because the projections that the Debtor prepared reflected that there was not sufficient cash flow to make the agreed-upon adequate protection payments, Preferred Bank and Nano Banc also verbally agreed to not seek relief from stay on that basis if the Property was sold within the agreed-upon time frame. The parties expected to document the agreement in writing in connection with an anticipated cash collateral stipulation. The Property has been listed for sale with the brokers operating under the agreed-upon timeline.

Unfortunately, on September 25, 2026, and before a cash collateral stipulation was circulated, Nano Banc ceased operations and the FDIC became the receiver over certain of its assets, which the Debtor understands includes the loan to the Debtor. As of the filing of this Motion and despite multiple inquiries, the Debtor is not in contact with anyone acting on behalf of the FDIC with respect to this loan and has been unable to obtain consent of the FDIC as receiver to the use of cash consistent with the projections.

Accordingly, the Debtor seeks Court authority to use the Debtor's cash to pay the expenses that are critical to maintaining and preserving the Property pending the sale. The projections through December 21, 2026, are attached to the Motion as **Exhibit 2**.[1]

## DISCLOSURES REQUIRED BY FEDERAL RULE OF BANKRUPTCY PROCEDURE 4001

The Debtor makes the following disclosures with respect to the proposed use of cash collateral:

1. The only parties that assert an interest in the Debtor's cash are Preferred Bank, which holds the first and second priority liens against the Property, and the FDIC as receiver for Nano Banc, which holds the third priority lien against the Property.

2. The purpose of the use of cash collateral is to maintain the Property and to pay the property taxes that will come due this fall.

3. The terms of the Debtor's proposed use of cash collateral are as follows: The Debtor seeks the use of cash collateral from September 28, 2026, through December 21, 2026 (the "Cash Collateral Period"), on an interim basis pending a final hearing. The Debtor's proposed use of cash collateral is in accordance with the budget attached to the Motion as **Exhibit 2** (the "**Budget**"), with expenditures during these periods not to exceed 110% of the aggregate expenditures set forth in the Budget, *i.e.*, a 10% variance.

4. During the Cash Collateral Period, any unused amount for any given line item in the Budget for a particular month shall carry forward and can be used in later months, and any amounts budgeted for a given line item in a particular month may be spent at an earlier time provided the total amount spent for such line time does not exceed the total amount budgeted for that line item with the 10% variance.

---

[1] The projections include the cash balance two ways: first, with adequate protection payments and second, without adequate protection payments. Pursuant to the agreement reached with Preferred Bank and Nano Banc (prior to the appointment of the FDIC as receiver), the Debtor is not going to make the adequate protection payments during the period for which it is seeking the use of cash collateral, and the lenders agreed not to seek relief from stay on this basis if the Property can be sold by mid-January 2027.

5. To the extent that Preferred Bank and Nano Banc held duly perfected, unavoidable, and valid liens in all, or a portion of, the Debtor's cash, and such cash is actually used by the Debtor post-petition, then they will receive a replacement lien in the Debtor's post-petition cash, to the same extent and with the same validity and priority up to the amount of the cash collateral existing as of the Petition Date.

6. The Debtor reserves any and all rights, arguments and objections with respect to the validity and scope of the liens.

**FOR FURTHER INFORMATION**, please see the Motion, which is on file with the Court or available by contacting the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE that if you oppose the relief sought in the Motion, pursuant to the order that shortened notice, you must file an opposition with the Court and serve it on counsel for the Debtor by overnight mail or email on or before October 16, 2026. Failure to timely file and serve an opposition may be deemed by the Court to be consent to the granting of the relief sought in the Motion.**

Respectfully submitted,

Dated: October 9, 2026

RAINES FELDMAN LITTRELL LLP

By: *<u>/s/ Kyra E. Andrassy</u>*
Kyra E. Andrassy
Counsel for Debtor-in-Possession
Ramanujan Group LLC

# EXHIBIT A

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **RAINES FELDMAN LITTRELL LLP**<br>Kyra E. Andrassy, State Bar No. 207959<br>kandrassy@raineslaw.com<br>Robert S. Marticello, State Bar No. 244256<br>rmarticello@raineslaw.com<br>4675 MacArthur Court, Suite 1550<br>Newport Beach, CA 92660<br>Telephone: 310 440-4100<br>Facsimile: 310 499-4877<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: Ramanujan Group, LLC | FILED & ENTERED<br>OCT 09 2026<br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY deramus DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re: | CASE NO.: 8:26-bk-10834-SC |
|---|---|
| RAMANUJAN GROUP, LLC,<br><br>Debtor(s). | CHAPTER: 11<br><br>**ORDER:**<br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>**[LBR 9075-1(b)]** |

**Movant** (*name*): Ramanujan Group, LLC

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

   a. *Title of motion*: Motion to Use Cash Collateral Pursuant to 11 U.S.C. § 363(c)

   b. *Date of filing of motion:* October 9, 2026

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

   *Date of filing of Application*: October 9, 2026

3. Based upon the court's review of the application, it is ordered that:

   a. ☐ The Application is denied. The motion may be brought on regular notice pursuant to LBRs.

   b. ☒ The Application is granted, and it is further ordered that:

      (1) ☒ A hearing on the motion will take place as follows:

Exhibit A, Page 5

| **Hearing date:** October28, 2026 | **Place:** |
|---|---|
| **Time:** 1:30 p.m. | ☐ **255 East Temple Street, Los Angeles, CA 90012** |
| **Courtroom:** 5C | ☐ **21041 Burbank Boulevard, Woodland Hills, CA 91367** |
| | ☐ **3420 Twelfth Street, Riverside, CA 92501** |
| | ☒ **411 West Fourth Street, Santa Ana, CA 92701** |
| | ☐ **1415 State Street, Santa Barbara, CA 93101** |

(2) ☐ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| (A) *Deadlines:* | (B) *Persons/entities to be provided with telephonic notice:* |
|---|---|
| Date: October __, 2026 | |
| Time: 5:00 p.m. | ☐ See attached page |
| | (C) *Telephonic notice is also required upon the* United States trustee |

(3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☒ First class mail ☐ Facsimile* ☒ Email*

| (B) *Deadlines:* | (C) *Persons/entities to be served with written notice and a copy of this order:* |
|---|---|
| Date: October 9, 2026 | *Secured creditors (FDIC to be served by certified mail) and unsecured creditors* |
| Time: | ☐ See attached page |
| | (D) *Service is also required upon*:<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's copy personally delivered to chambers<br>(*see Court Manual for address*) |

Exhibit A, Page 6

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☒ First Class Mail ☐ Facsimile* ☒ Email*

| (B) *Deadlines:* | (C) *Persons/entities to be served with motion, declarations, supporting documents:* |
|---|---|
| Date: October 9, 2026<br>Time: | Secured creditors (FDIC by certified mail and overnight mail)<br>☐ See attached page<br>(D) *Service is also required upon*:<br>-- United States trustee *(no electronic service permitted)*<br>-- Judge's copy personally delivered to chambers (*see Court Manual for address*) |

(5) ☒ Regarding **opposition to the motion**

☐ opposition to the motion may be made **orally** at the hearing

☒ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☒ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☒ Email*

| (B) *Deadlines:* | (C) *Persons/entities to be served with written opposition to the motion:* |
|---|---|
| Date: October 16, 2026<br>Time: | -- movant's attorney (or movant, if movant is not represented by an attorney)<br>(D) *Service is also required upon*:<br>-- United States trustee (*electronic service is not permitted*)<br>-- Judge's copy personally delivered to chambers (*see Court Manual for address*) |

(6) ☒ Regarding a **reply to an opposition:**

☐ a reply to opposition may be made **orally** at the hearing.

☒ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☒ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☒ Email*

Exhibit A, Page 7

| (B) *Deadlines:* | (C) *Persons/entities to be served with written reply to opposition:* |
|---|---|
| Date: October 22, 2026<br><br>Time: 5:00 PDT | -- All persons/entities who filed a written opposition |
| | (D) *Service is also required upon*:<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's Copy personally delivered to chambers<br>(*see Court Manual for address*) |

(7) ☒ Other requirements:

Instructions for appearing by Zoom will be made available on the Court's tentative ruling, posted on the Court's website at https://ecfciao.cacb.uscourts.gov/CiaoPosted/.

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

| | | | |
|---|---|---|---|
| ☒ at least 2 days before the hearing. | | | |
| ☐ no later than: | Date: | | Time: |

* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: October 9, 2026

[signature]
Scott C. Clarkson
United States Bankruptcy Judge

Exhibit A, Page 8

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4675 MacArthur Court, Suite 1550, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF HEARING ON MOTION TO USE CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363(C)**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 9, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **October 9, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **October 9, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Personal Service:**
Hon. Scott C. Clarkson
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 9, 2026 | Connie-Marie Santiago | /s/ Connie-Marie Santiago |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- **Kyra E Andrassy** kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Jessica L Bagdanov** jbagdanov@bg.law, ecf@bg.law
- **Jacob M Barlev** jbarlev@bowlesverna.com, khelms@bowlesverna.com
- **Marcus Colabianchi** mcolabianchi@duanemorris.com, marcus-colabianchi-2595@ecf.pacerpro.com
- **Andrew Michael Cummings** andrew.cummings@hklaw.com, philip.dobbs@hklaw.com;hapi@hklaw.com;sandy.olalde@hklaw.com
- **David B Golubchik** dbg@lnbyg.com, dbg@lnbyg.com
- **Steven T Gubner** sgubner@bg.law, ecf@bg.law
- **Ira David Kharasch** ikharasch@pszjlaw.com
- **Christopher Douglas Lawrence** clawrence@sheppardmullin.com
- **Robert S Marticello** rmarticello@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Kenneth Misken** Kenneth.M.Misken@usdoj.gov
- **John A Moe** john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
- **Stephen M. Mott** smott@raineslaw.com, csantiago@raineslaw.com;bclark@raineslaw.com
- **David M Poitras** dpoitras@bg.law
- **Todd C. Ringstad** becky@ringstadlaw.com, arlene@ringstadlaw.com
- **David James Root** david.root@bclplaw.com, verlisa.lewis@bclplaw.com
- **Joseph M Rothberg** jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **Martin W Taylor** marty.taylor@bclplaw.com, shawn.williams@bclplaw.com,marty-taylor-5681@ecf.pacerpro.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Christopher A Ward** cward@lowenstein.com, lsuprum@lowenstein.com
- **Sharon Z. Weiss** sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

2. <u>**SERVED BY UNITED STATES MAIL**</u>:

<u>*Certified Mail*</u>
FDIC
Receiver for Nano Banc
25 Jessie St. at Ecker Square, Suite 2300
San Francisco, CA 94105-2780

<u>**See attached Additional Recipients for US Mail:**</u>

3. <u>**SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:**</u>

<u>*Overnight:*</u>
FDIC
Receiver for Nano Banc
25 Jessie St. at Ecker Square, Suite 2300
San Francisco, CA 94105-2780

Label Matrix for local noticing
0973-8
Case 8:26-bk-10832-SC
Central District of California
Santa Ana
Fri Oct 9 11:48:10 PDT 2026

CBRE, Inc
500 Capitol Mall Ste 2400
Sacramento, CA 95814-4752

California Department of Tax and Fee Adminis
Collections Support Bureau, MIC 29
PO Box 942879
Sacramento, CA 94279-0029

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Grobstein Teeple LLP
6300 Canoga Ave Ste 1500W
Woodland Hills, CA 91367-2555

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

KW Commercial
12711 Ventura Blvd Ste 110
Studio City, CA 91604-2432

~~Raines Feldman Littrell LLP~~
~~4675 MacArthur Ct Ste 1550~~
~~Newport Beach, CA 92660-2042~~

Ramanujan Group LLC
6300 Canoga Ave
Ste 1500W
Woodland Hills, CA 91367-2555

Securities & Exchange Commission
444 South Flower St., Suite 900
Los Angeles, CA 90071-2934

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

4G Wireless, Inc.
303 Broadway Street 104-155
Laguna Beach, CA 92651-1816

4G Wireless, Inc.
c/o Lowenstein Sandler LLP
Attn: Christopher Ward
1000 N West Street, Suite 1200
Wilmington, DE 19801-1058

AA Fire Systems, Inc.
4010 Foothills Blvd.
Suite 103-65
Roseville, CA 95747-7241

Abraham and Linda Rayhaun
Ringstad & Sanders LLP
23101 Lake Center Drive Ste 355
Lake Forest CA 92630-6813

Alanzo's Landscaping
4318 Thornhiil Ct
Pittsburg, CA 94565-6255

Alina B
3426 Blackhawk Cir - D-080
Danville, CA 94506

Alka's Brow Studio
3380-4175 Blackhawk Cir - C-04A
Danville, CA 94506

Allied Universal
161 Washington Street
Suite 600
Conshohocken, PA 19428-2083

Apple Cinemas
4175 Blackhawk Cir - MM-10
Danville, CA 94506

Apple Cinemas Danville Inc.
Duane Morris LLP, Attn: Marcus Colabianc
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127

Arrow Sign Company
1051 46th Avenue
Oakland, CA 94601-4436

Arrow Sign Company
c/o McKenna Brink Signorotti LLP
Attn: Tanner D. Brink
1350 Treat Blvd. Suite 105
Walnut Creek, CA 94597-7959

BP Environmental Services, LLC
100 Highpoint Drive
Suite 101
Chalfont, PA 18914-3926

Behring Global Educational Foundation
Holland & Knight LLP, Attn: Anne Beehler
4675 MacArthur Court, Suite 900
Newport Beach, CA 92660-1845

Blackhawk Commercial Owner Assoc.
c/o Vierergruppe Management, Inc.
1932 E Deere Avenue, Suite 150
Santa Ana, CA 92705-5716

Blackhawk Dental
4018 Blackhawk Cir - A-040
Danville, CA 94506

Blackhawk Gallery
3416 Blackhawk Cir - D-100
Danville, CA 94506

Blackhawk Pizzeria
4050 Blackhawk Cir - A-060
Danville, CA 94506

Blackhawk Plastic Surgery
3600 Blackhawk Cir - B-140
Danville, CA 94506

Blue Gingko
3496 Blackhawk Cir - D-010
Danville, CA 94506

Bob and Mai Linh Purdy
Ringstad & Sanders LLP
23101 Lake Center Drive Ste 355
Lake Forest CA 92630-6813

Boghossian Vision
3380 Blackhawk Circle, Suite 200 - H-290
Danville, CA 94506

Brandon Rayhaun
Ringstad & Sanders LLP
23101 Lake Center Drive Ste 355
Lake Forest CA 92630-6813

Briana Rayhaun
Ringstad & Sanders LLP
23101 Lake Center Drive Ste 355
Lake Forest CA 92630-6813

Bright Minds Academy
3380 Blackhawk Circle, Suite 220
Unit H-230
Danville, CA 94506

Brown Butter
3456 Blackhawk Circle
Unit D7-12
Danville, CA 94506

COLLECTION BUREAU OF AMERICA
25954 Eden Landing Rd 1st Flr
Hayward, CA 94545-3837

Cantor Group Manager LLC
520 Newport Center Drive Suite 480
Newport Beach, CA 92660-7034

Combat Sports Academy
3380-4175 Blackhawk Cir - D7-20
Danville, CA 94506

(p)CONTRA COSTA COUNTY TREASURER TAX COLLEC
ATTN TAX COMPLIANCE UNIT
BOX 967
MARTINEZ CA 94553-0096

CorePower Yoga
3494 Blackhawk Circle, Space D-020
Danville, CA 94506

Daniel Mayhew
Ringstad & Sanders LLP
23101 Lake Center Drive Ste 355
Lake Forest CA 92630-6813

Delaware Division of Revenue
Attn: Bankruptcy Administrator
Carvel State Building
820 N. French Street, 8th Floor
Wilmington, DE 19801-3509

Diablo Screen & Glass
1065-F Shary Circle
Concord, CA 94518-2421

Dogtopia
3380-4175 Blackhawk Cir - B-110
Danville, CA 94506

Draeger's
4100 Blackhawk Cir - A-110
Danville, CA 94506

Dreamland of Blackhawk
3471 Blackhawk Plaza Circle F-030
Danville, CA 94506-4610

Duane Morris LLP, Attn: Marcus Colabianchi
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127

East Bay Municipal Utility District
PO Box 51191
Los Angeles, CA 90051-5491

Employment Development Department
Bankruptcy Group MIC 92E
Sacramento, CA 94280-0001

Fat Maddies Tavern and Taps
3421 Blackhawk Plaza Circle G-040
Danville, CA 94506-4610

Gameday VR
3380-4175 Blackhawk Cir - H-110
Danville, CA 94506

George C Nijmeh (Assignor), Lilian S. Aw
3380-4175 Blackhawk Cir - D-060
Danville, CA 94506

Gerald J Marcil
Steven T Gubner BG Law LLP
21650 Oxnard St Ste 500
Woodland Hills, CA 91367-4911

Gerald Marcil
Ringstad & Sanders LLP
23101 Lake Center Drive Ste 355
Lake Forest CA 92630-6813

Grease Trap Cleaners, LLC
673 Royston Lane,
Hayward, CA 94544-6774

Indian Restaurant
3483 Blackhawk Plaza Circle F-050
Danville, CA 94506-4610

Intec Solutions Inc
5662 La Ribera Street
Suite A
Livermore, CA 94550-2528

Iron Condor Investments LLC
Ringstad & Sanders LLP
23101 Lake Center Drive Ste 355
Lake Forest CA 92630-6813

Jade Spa
3380-4175 Blackhawk Cir - D-040
Danville, CA 94506

Jane Lornklang Torpipat
Ringstad & Sanders LLP
23101 Lake Center Drive Ste 355
Lake Forest CA 92630-6813

Jones Lang LaSalle Brokerage, Inc.
c/o Gaba Law
Attn: Rodolfo Gaba, Jr.
8583 Irvine Center Drive #500
Irvine, CA 92618-4298

Jung Dong Choi
c/o Bowles & Verna LLP
Attn: Richard T. Bowles
2121 N. California Blvd. #875
Walnut Creek, CA 94596-7387

K and C Environmental
22447 Charlene Way
Castro Valley, CA 94546-7101

KEYVAN NABAVIZADEH
3451 Blackhawk Plaza Circle
DANVILLE, CA 94506-4610

KONE
P.O. Box 102425
Pasadena, CA 91189-2425

Kabob Lounge
3380-4175 Blackhawk Cir - L-000
Danville, CA 94506

Kidtopia
3380-4175 Blackhawk Cir - D7-14A
Danville, CA 94506

Kiki Brows
c/o Sodhi Law Group
Attn: Jakrun S. Sodhi
1030 15th Street
Modesto, CA 95354-1102

~~Kyra E. Andrassy~~
~~Raines Feldman Littrell LLP~~
~~4675 MacArthur Court~~
~~Suite 1550~~
~~Newport Beach, CA 92660-2042~~

Lori Buffalow's The Next Step Dance Stu
3380-4175 Blackhawk Cir - C-080
Danville, CA 94506

Makai Capital
dba Pacific Signaling System
2301 Armstrong Street, #113
Livermore, CA 94551-9349

Michael Kaplan
Ringstad & Sanders LLP
23101 Lake Center Drive Ste 355
Lake Forest CA 92630-6813

Mohammad Honarkar
350 Forest Avenue #1438
Laguna Beach, CA 92652-2060

Mohammad Honarkar
c/o Lowenstein Sandler LLP
Attn: Christopher Ward
1000 N West Street, Suite 1200
Wilmington, DE 19801-1058

Montessori School
3380-4175 Blackhawk Cir - H-120
Danville, CA 94506

Montessori School
3380-4175 Blackhawk Cir - H-120A
Danville, CA 94506

NILO Restaurant
3380-4175 Blackhawk Cir - F-100
Danville, CA 94506

Nails 4U Salon & SPA
3476 Blackhawk Plaza Circle D-060
Danville, CA 94506-4600

Nano Banc
7755 Irvine Center Drive
3rd Floor
Irvine, CA 92618-2904

Nano Banc
c/o Bryan Cave Leighton Paisner LLP
Attn: Marty Taylor
1920 Main Street, Suite 100
Irvine, CA 92614-7244

Neco Shojaee (Banquet Space)
3446 Blackhawk Cir - D7-14
Danville, CA 94506

Orange County Tax Collector
601 N. Ross Street
Santa Ana, CA 92701-4091

OsteoStrong Studio
3400 Blackhawk Cir - D-126
Danville, CA 94506

(p)PACIFIC GAS & ELECTRIC COMPANY
PO BOX 8329
STOCKTON CA 95208-0329

Pacific Gas and Electric Company
PO Box 997300
Sacramento, CA 95899-7300

Phoenix Salon Suites
3380-4175 Blackhawk Cir - C-04B
Danville, CA 94506

Pond M Solutions
1250 I Newell Avenue
#169
Walnut Creek, CA 94596-5373

Preferred Bank
601 S Figueroa St
47th Floor
Los Angeles, CA 90017-5752

Ramanujan Group LLC
520 Newport Center Drive
Suite 480
Newport Beach, CA 92660-7034

Ramanujan Group MOM, LLC
520 Newport Center Drive Suite 480
Newport Beach, CA 92660-7034

Ramanujan Investor Group, LLC
520 Newport Center Drive Suite 480
Newport Beach, CA 92660-7034

Reco Roofing Inc
812 W Clover Rd Spc 59
Spc 59
Tracy, CA 95376-1712

Sandhu, Manjit & Jaskiran
3483 Blackhawk Plaza Circle F-050
Danville, CA 94506-4610

Selin Optical
3380-4175 Blackhawk Cir - C-030
Danville, CA 94506

Smiles & Braces
3380-4175 Blackhawk Cir - H-210
Danville, CA 94506

Sohal City Cards
3461 Blackhawk Plaza Circle
Danville, CA 94506-4610

Sohal, Joshi
3380-4175 Blackhawk Cir - F-060
Danville, CA 94506

Soo Dance Academy LLC
3380-4175 Blackhawk Cir - H-210
Danville, CA 94506

Starbucks #14226-CA
4000 Blackhawk Circle - A-010
Danville, CA 94506

Starbunni
3380-4175 Blackhawk Cir - F-020
Danville, CA 94506

State Board of Equalization
Special Operations Bankruptcy Team
MIC 74
P.O. Box 942879
Sacramento, CA 94279-0074

Synergis Waste Management
Services, Inc.
21 Truesdale Lake Drive South
Salem, NY 10590

Tadek Construction
552 Amberina Ct
Patterson, CA 95363-2904

Tassajara Cleaners
4012 Blackhawk Circle - A-030
Danville, CA 94506

Teen Tech 101
3380-4175 Blackhawk Plaza Cir
Unit H-280
Danville, CA 94506

The Stupin Family Trust/Andrew Stupin
Andrew Stupin c/o LNBY&G L.L.P.
2818 La Cienega Ave
Los Angeles, CA 90034-2618

Tribez Salon and Blow Dry Bar
4062 Blackhawk Plaza Circle A-070
Danville, CA 94506-4654

Tripple Threat Plumbing LLC
2455 Naglee Road
#187
Tracy, CA 95304-7324

US Trustee's Office (SA)
411 West Fourth Street
Suite 7160
Santa Ana, CA 92701-4500

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

Ushanjali School of Dance
3499 Blackhawk Cir - F-010
Danville, CA 94506

Vierergruppe Management, Inc.
1932 East Deere Avenue
Suite 150
Santa Ana, CA 92705-5716

Vince Paglia
Ringstad & Sanders LLP
23101 Lake Center Drive Ste 355
Lake Forest CA 92630-6813

Howard Grobstein
Grobstein Teeple LLP
6300 Canoga Ave, Ste 1500W
Woodland Hills, CA 91367-2555

Jung Dong Choi
Bowles & Verna LLP
2121 N. California Blvd, Suite 875
Walnut Creek, CA 94596-7387

~~Robert S Marticello~~
~~Raines Feldman Littrell LLP~~
~~4675 MacArthur Ct~~
~~Suite 1550~~
~~Newport Beach, CA 92660-2042~~

~~Stephen M. Mott~~
~~Raines Feldman Littrell LLP~~
~~1900 Avenue of the Stars 19th Fl~~
~~Los Angeles, CA 90067-4410~~

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Contra Costa County Tax Collector
625 Court Street #100
Martinez, CA 94553

PG&E
PO BOX 8329
C/O BANKRUPTCY
STOCKTON, CA 95208

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)4G Wireless, Inc.

(u)Apple Cinemas Danville Inc.

(u)Courtesy NEF

(u)Nano Banc

(u)Official Committee of Unsecured Creditors

(u)Preferred Bank

(d)Franchise Tax Board
Bankruptcy Section, MS A-340
P.O. Box 2952
Sacramento, CA 95812-2952

(d)Intec Solutions, Inc.
5662 La Ribera St Ste A
Livermore CA 94550-2528

(d)Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

(d)Preferred Bank
601 S. Figueroa Street
47th Floor
Los Angeles, CA 90017-5752

(u)Abraham & Linda Rayhaun

(u)Bob & Mai Linh Purdy

(u)Brandon Rayhaun

(u)Briana Rayhaun

(u)Daniel Mayhew

(u)Douglas Wilson

(u)Gerald Marcil

(u)Jane Lornklang Torpipat

(d)Kyra E Andrassy
Raines Feldman Littrell LLP
4675 MacArthur Court
Ste 1550
Newport Beach, CA 92660-2042

(u)Michael Kaplan

(u)Mohammad Honarkar

(u)Vince Paglia

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 119 |
| Bypassed recipients | 22 |
| Total | 141 |