**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy (State Bar No. 207959)
*kandrassy@raineslaw.com*
Robert S. Marticello (State Bar No. 244256)
*rmarticello@raineslaw.com*
Stephen M. Mott (State Bar No. 362642)
*smott@raineslaw.com*
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

Counsel for Debtor-in-Possession
Ramanujan Group LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>RAMANUJAN GROUP LLC,<br><br>Debtor-in-Possession. | Case No.: 8:26-bk-10832-SC<br><br>Chapter 11<br><br>**NOTICE OF MOTION PURSUANT TO 11 U.S.C. § 363(b) TO ENTER INTO PROPERTY MANAGEMENT AGREEMENT WITH JONES LANG LASALLE AMERICAS, INC. AS PROPERTY MANAGEMENT COMPANY EFFECTIVE AUGUST 21, 2026 AND OPPORTUNITY TO OBJECT AND REQUEST A HEARING**<br><br>[No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(o)] |

**TO ALL PARTIES ENTITLED TO NOTICE:**

**PLEASE TAKE NOTICE** that Ramanujan Group LLC, the debtor and debtor-in-possession (the "**Debtor**"), has filed a motion (the "**Motion**") to employ Jones Lange Lasalle Americas, Inc. (**"JLL"**) as its property management company pursuant to 11 U.S.C. § 363(b), effective as of August 21, 2026. A summary of the relief sought in the Motion is as follows:

## <u>BACKGROUND</u>

On March 18, 2026 (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, commencing the above-captioned case. The Debtor is operating as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request for the appointment of a trustee or examiner has been made in this case and no official committees have been appointed or designated. This case constitutes a single asset real estate case.

The Debtor is a special purpose entity that owns and operates an outdoor shopping center located at 3380-4175 Blackhawk Circle, Danville, CA 94506 (the "**Property**"). The Property is owned as a tenant in common with Iron Condor Investments, LLC, which holds a 5.5% tenant-in-common interest in the Property. In April 2020, the Debtor obtained a $28 million secured loan from Preferred Bank that was secured by the Property. In May 2020, Iron Condor became a co-borrower on that loan. The balance due on that loan is approximately $29.3 million. In November 2023, the Debtor and Iron Condor obtained a secured line of credit with Preferred Bank, on which the balance owed is approximately $3.1 million. Nano Banc holds the third priority lien against the Property and is owed approximately $6.1 million.

Prepetition, Nano Banc commenced litigation in Orange County Superior Court for, among other things, specific performance and the appointment of a rents and profits receiver. It also commenced nonjudicial foreclosure proceedings against the Property in August 2025. By order entered February 3, 2026, the state court appointed Douglas Wilson as the rents and profits receiver for the Property (the "**Receiver**"). The foreclosure sale was scheduled for March 23, 2026. After negotiations with Nano Banc were unsuccessful, the Debtor filed its emergency chapter 11 petition to avoid losing the Property to foreclosure. Iron Condor has not filed a chapter 11 petition.

Postpetition, Howard Grobstein was appointed as the Debtor's manager. As memorialized in a stipulation that was approved in substantial part by the Court, Mr. Grobstein is acting independently and does not report to or take direction from former management or equity holders. While Mr. Grobstein familiarized himself with the Property and the path forward, the parties agreed to keep the Receiver in place. While the Receiver was at the helm, he used cash collateral to pay expenses necessary for the maintenance and preservation of the Property, and the Debtor included the income and expenses on its monthly operating reports. Shortly after the Receiver was appointed, he retained JLL to provide property management services.

After a few months and by stipulation of the parties, the Receiver transitioned control of the Property to the Debtor, under Mr. Grobstein's management, effective August 21, 2026. That stipulation contemplated that the Debtor would continue to retain JLL to ensure continuity in operations. JLL continued to manage the Property while the Debtor and JLL negotiated the terms of its management services and, with the Retail Management Agreement now executed, the Debtor seeks Court authorization to enter into the Retail Management Agreement. JLL is a well-qualified property manager with a significant amount of experience in distressed situations and with retail centers and it has built trust with the tenants since it took over the property management at the Property. The Debtor believes that for

purposes of continuity and so it can continue to build on the trust it has started to earn, it would be in the interest of all concerned to continue to retain JLL going forward.

**PROPOSED TERMS OF RETENTION**

As set forth in the Retail Management Agreement from JLL that is attached to the Motion as Exhibit "1," JLL will provide the following services:

**1. Property Management Services.**

a. Collect rents.

b. Receive tenant communications, ensure tenant compliance with lease provisions, and enforce Debtor's rights under the leases.

c. Subject to tenant obligations under leases, manage and maintain the Property, including monitoring and retaining independent contractors to repair and maintain the Property, and entering into contracts with contractors to clean, maintain, and service the Property. Subject to the approved operating budget, JLL will have authority, as agent for the Debtor, to enter into contracts and hire contractors to clean, maintain, repair, or service the Property. JLL will obtain the Debtor's prior written approval for any single repair expenditure in excess of $15,000 unless it is an emergency, in which case JLL will make the repair prior to obtaining authorization if it is necessary to prevent damage or injury to persons or property.

d. Pay operating expenses from an operating account established for the Debtor, with the Debtor listed as an additional signatory with authority to make withdrawals.

e. Collect lease, tenant, vendor, and financial information to the extent available from tenants, the prior owner or manager, or the Debtor and assemble property records, accounting ledgers, tenant files, and reporting systems for the Property.

f. JLL will provide a dedicated property manager, operations manager, and bookkeeper, and will allocate a percentage of their payroll to the Debtor as a payroll expense.

g. JLL may supplement the leasing and net operating income of the Property through a program of specialty licensing and ancillary income where license agreements are put in place with retailers and other users to occupy temporary space in the Property in exchange for rent or licensing fees, generally including a percentage of sales. They are typically used for seasonal marketing needs, short term in-line vacancies, and as a way to generate additional income to the property owner.

**2. Financial Documentation and Services.**

a. On a monthly basis, JLL will provide the Debtor with financial reporting that includes all collections, delinquencies, uncollectible items, and other matters pertaining to the management, operations, and maintenance of the Property. These reports will be provided by the 15th of the month for the prior month.

b. JLL will maintain a separate and exclusive operating account for the Debtor with lockbox service.

c. JLL has provided a proposed operating budget and will continue to do that sixty days prior to the commencement of each fiscal year.

**3. Term.**

The initial term of the Retail Management Agreement is from August 21, 2026, through August 20, 2027, and it will renew on an annual basis. If may be terminated with thirty days' written notice and will terminate automatically upon the sale of the Property, the dismissal or conversion of the Debtor's bankruptcy case, or entry of an order of the Court directing termination.

## PROPOSED COMPENSATION

As set forth in the Retail Management Agreement and its addendum, which are together attached to the Motion as Exhibit "1," JLL will receive the following compensation, subject to the consent of the Lender or the authorization of the Court for the Debtor to use cash collateral:[1]

| Fee Type | Fee Amount/Percentage |
|---|---|
| Management Fee | $10,000 per month, payable on the first day of each month. |
| Payroll Reimbursement for 3 dedicated JLL employees | $10,000 per month, payable on the first day of each month |
| Accounting Fee | $3,000 per month, payable on the first day of each month |
| Specialty Licensing/Ancillary Income | 20% of the specialty licensing and ancillary income revenues collected, plus any out-of-pocket expenses directly related to negotiating licenses. |
| Reimbursable Costs | JLL shall be reimbursed actual out-of-pocket costs incurred in connection with the operation of the Property. Lease abstracting is $175 per abstract. |

**FOR FURTHER INFORMATION**, please see the Motion, a copy of which is on file with the Court or available by contacting the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE that any opposition to the relief sought in the Motion must be filed with the Court and served on counsel for the Debtor and on the Office of the United States Trustee within fourteen (14) days of service of this Notice if you were served electronically, with an additional three (3) days added if you were served by mail. Failure to timely object and request a hearing may be deemed by the Court to be consent to the granting of the relief sought in the Motion.**

Dated: October 30, 2026

**RAINES FELDMAN LITTRELL LLP**

By: */s/ Kyra E. Andrassy*
Kyra E. Andrassy
Counsel for Ramanujan Group LLC

[1] In the event of a conflict between the Retail Management Agreement and the Motion with respect to compensation and the required authorization or consent to use the Lender's cash collateral, the Motion (and any order) will control.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4675 MacArthur Court, Suite 1550, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*):
**NOTICE OF MOTION PURSUANT TO 11 U.S.C. § 363(b) TO ENTER INTO PROPERTY MANAGEMENT AGREEMENT WITH JONES LANG LASALLE AMERICAS, INC. AS PROPERTY MANAGEMENT COMPANY EFFECTIVE AUGUST 21, 2026 AND OPPORTUNITY TO OBJECT AND REQUEST A HEARING**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 30, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*)**October 30, 2026** , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **October 30, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Scott C. Clarkson
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 30, 2026 | Bambi Clark | /s/ Bambi Clark |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Kyra E Andrassy** kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Jessica L Bagdanov** jbagdanov@bg.law, ecf@bg.law
- **Jacob M Barlev** jbarlev@bowlesverna.com, khelms@bowlesverna.com
- **Marcus Colabianchi** mcolabianchi@duanemorris.com, marcus-colabianchi-2595@ecf.pacerpro.com
- **Andrew Michael Cummings** andrew.cummings@hklaw.com, philip.dobbs@hklaw.com;hapi@hklaw.com;sandy.olalde@hklaw.com
- **David B Golubchik** dbg@lnbyg.com, dbg@lnbyg.com
- **Steven T Gubner** sgubner@bg.law, ecf@bg.law
- **Ira David Kharasch** ikharasch@pszjlaw.com
- **Christopher Douglas Lawrence** clawrence@sheppardmullin.com
- **Robert S Marticello** rmarticello@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Kenneth Misken** Kenneth.M.Misken@usdoj.gov
- **John A Moe** john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
- **Stephen M. Mott** smott@raineslaw.com, csantiago@raineslaw.com;bclark@raineslaw.com
- **David M Poitras** dpoitras@bg.law
- **Todd C. Ringstad** becky@ringstadlaw.com, arlene@ringstadlaw.com
- **David James Root** david.root@bclplaw.com, verlisa.lewis@bclplaw.com
- **Joseph M Rothberg** jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **Martin W Taylor** marty.taylor@bclplaw.com, shawn.williams@bclplaw.com,marty-taylor-5681@ecf.pacerpro.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Christopher A Ward** cward@lowenstein.com, lsuprum@lowenstein.com
- **Sharon Z. Weiss** sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

Label Matrix for local noticing
0973-8
Case 8:26-bk-10832-SC
Central District of California
Santa Ana
Fri Oct 30 12:37:33 PDT 2026

CBRE, Inc.
500 Capitol Mall Ste 2400
Sacramento, CA 95814-4752

Grobstein Teeple LLP
6300 Canoga Ave Ste 1500W
Woodland Hills, CA 91367-2555

KW Commercial
12711 Ventura Blvd Ste 110
Studio City, CA 91604-2432

~~Raines Feldman Littrell LLP~~
~~4675 MacArthur Ct Ste 1550~~
~~Newport Beach, CA 92660-2042~~

Ramanujan Group LLC
6300 Canoga Ave
Ste 1500W
Woodland Hills, CA 91367-2555

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

4G Wireless, Inc.
303 Broadway Street 104-155
Laguna Beach, CA 92651-1816

4G Wireless, Inc.
c/o Lowenstein Sandler LLP
Attn: Christopher Ward
1000 N West Street, Suite 1200
Wilmington, DE 19801-1058

AA Fire Systems, Inc.
4010 Foothills Blvd.
Suite 103-65
Roseville, CA 95747-7241

Abraham and Linda Rayhaun
Ringstad & Sanders LLP
23101 Lake Center Drive Ste 355
Lake Forest CA 92630-6813

Alanzo's Landscaping
4318 Thornhiil Ct
Pittsburg, CA 94565-6255

Alina B
3426 Blackhawk Cir - D-080
Danville, CA 94506

Alka's Brow Studio
3380-4175 Blackhawk Cir - C-04A
Danville, CA 94506

Allied Universal
161 Washington Street
Suite 600
Conshohocken, PA 19428-2083

Apple Cinemas
4175 Blackhawk Cir - MM-10
Danville, CA 94506

Apple Cinemas Danville Inc.
Duane Morris LLP, Attn: Marcus Colabianc
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127

Arrow Sign Company
1051 46th Avenue
Oakland, CA 94601-4436

Arrow Sign Company
c/o McKenna Brink Signorotti LLP
Attn: Tanner D. Brink
1350 Treat Blvd. Suite 105
Walnut Creek, CA 94597-7959

BP Environmental Services, LLC
100 Highpoint Drive
Suite 101
Chalfont, PA 18914-3926

Behring Global Educational Foundation
Holland & Knight LLP, Attn: Anne Beehler
4675 MacArthur Court, Suite 900
Newport Beach, CA 92660-1845

Blackhawk Commercial Owner Assoc.
c/o Vierergruppe Management, Inc.
1932 E Deere Avenue, Suite 150
Santa Ana, CA 92705-5716

Blackhawk Dental
4018 Blackhawk Cir - A-040
Danville, CA 94506

Blackhawk Gallery
3416 Blackhawk Cir - D-100
Danville, CA 94506

Blackhawk Pizzeria
4050 Blackhawk Cir - A-060
Danville, CA 94506

Blackhawk Plastic Surgery
3600 Blackhawk Cir - B-140
Danville, CA 94506

Blue Gingko
3496 Blackhawk Cir - D-010
Danville, CA 94506

Bob and Mai Linh Purdy
Ringstad & Sanders LLP
23101 Lake Center Drive Ste 355
Lake Forest CA 92630-6813

Boghossian Vision
3380 Blackhawk Circle, Suite 200 - H-290
Danville, CA 94506

Brandon Rayhaun
Ringstad & Sanders LLP
23101 Lake Center Drive Ste 355
Lake Forest CA 92630-6813

Briana Rayhaun
Ringstad & Sanders LLP
23101 Lake Center Drive Ste 355
Lake Forest CA 92630-6813

Bright Minds Academy
3380 Blackhawk Circle, Suite 220
Unit H-230
Danville, CA 94506

Brown Butter
3456 Blackhawk Circle
Unit D7-12
Danville, CA 94506

COLLECTION BUREAU OF AMERICA
25954 Eden Landing Rd 1st Flr
Hayward, CA 94545-3837

Cantor Group Manager LLC
520 Newport Center Drive Suite 480
Newport Beach, CA 92660-7034

Combat Sports Academy
3380-4175 Blackhawk Cir - D7-20
Danville, CA 94506

(p)CONTRA COSTA COUNTY TREASURER TAX COLLEC
ATTN TAX COMPLIANCE UNIT
BOX 967
MARTINEZ CA 94553-0096

CorePower Yoga
3494 Blackhawk Circle, Space D-020
Danville, CA 94506

Daniel Mayhew
Ringstad & Sanders LLP
23101 Lake Center Drive Ste 355
Lake Forest CA 92630-6813

Delaware Division of Revenue
Attn: Bankruptcy Administrator
Carvel State Building
820 N. French Street, 8th Floor
Wilmington, DE 19801-3509

Diablo Screen & Glass
1065-F Shary Circle
Concord, CA 94518-2421

Dogtopia
3380-4175 Blackhawk Cir - B-110
Danville, CA 94506

Draeger's
4100 Blackhawk Cir - A-110
Danville, CA 94506

Dreamland of Blackhawk
3471 Blackhawk Plaza Circle F-030
Danville, CA 94506-4610

Duane Morris LLP, Attn: Marcus Colabianchi
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127

East Bay Municipal Utility District
PO Box 51191
Los Angeles, CA 90051-5491

Employment Development Department
Bankruptcy Group MIC 92E
Sacramento, CA 94280-0001

Fat Maddies Tavern and Taps
3421 Blackhawk Plaza Circle G-040
Danville, CA 94506-4610

Franchise Tax Board
Bankruptcy Section, MS A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Gameday VR
3380-4175 Blackhawk Cir - H-110
Danville, CA 94506

George C Nijmeh (Assignor), Lilian S. Aw
3380-4175 Blackhawk Cir - D-060
Danville, CA 94506

Gerald J Marcil
Steven T Gubner BG Law LLP
21650 Oxnard St Ste 500
Woodland Hills, CA 91367-4911

Gerald Marcil
Ringstad & Sanders LLP
23101 Lake Center Drive Ste 355
Lake Forest CA 92630-6813

Grease Trap Cleaners, LLC
673 Royston Lane,
Hayward, CA 94544-6774

Indian Restaurant
3483 Blackhawk Plaza Circle F-050
Danville, CA 94506-4610

Intec Solutions Inc
5662 La Ribera Street
Suite A
Livermore, CA 94550-2528

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Iron Condor Investments LLC
Ringstad & Sanders LLP
23101 Lake Center Drive Ste 355
Lake Forest CA 92630-6813

Jade Spa
3380-4175 Blackhawk Cir - D-040
Danville, CA 94506

Jane Lornklang Torpipat
Ringstad & Sanders LLP
23101 Lake Center Drive Ste 355
Lake Forest CA 92630-6813

Jones Lang LaSalle Brokerage, Inc.
c/o Gaba Law
Attn: Rodolfo Gaba, Jr.
8583 Irvine Center Drive #500
Irvine, CA 92618-4298

Jung Dong Choi
c/o Bowles & Verna LLP
Attn: Richard T. Bowles
2121 N. California Blvd. #875
Walnut Creek, CA 94596-7387

K and C Environmental
22447 Charlene Way
Castro Valley, CA 94546-7101

KEYVAN NABAVIZADEH
3451 Blackhawk Plaza Circle
DANVILLE, CA 94506-4610

KONE
P.O. Box 102425
Pasadena, CA 91189-2425

Kabob Lounge
3380-4175 Blackhawk Cir - L-000
Danville, CA 94506

Kidtopia
3380-4175 Blackhawk Cir - D7-14A
Danville, CA 94506

Kiki Brows
c/o Sodhi Law Group
Attn: Jakrun S. Sodhi
1030 15th Street
Modesto, CA 95354-1102

~~Kyra E. Andrassy~~
~~Raines Feldman Littrell LLP~~
~~4675 MacArthur Court~~
~~Suite 1550~~
~~Newport Beach, CA 92660-2042~~

Lori Buffalow's The Next Step Dance Stu
3380-4175 Blackhawk Cir - C-080
Danville, CA 94506

Makai Capital
dba Pacific Signaling System
2301 Armstrong Street, #113
Livermore, CA 94551-9349

Michael Kaplan
Ringstad & Sanders LLP
23101 Lake Center Drive Ste 355
Lake Forest CA 92630-6813

Mohammad Honarkar
350 Forest Avenue #1438
Laguna Beach, CA 92652-2060

Mohammad Honarkar
c/o Lowenstein Sandler LLP
Attn: Christopher Ward
1000 N West Street, Suite 1200
Wilmington, DE 19801-1058

Montessori School
3380-4175 Blackhawk Cir - H-120
Danville, CA 94506

Montessori School
3380-4175 Blackhawk Cir - H-120A
Danville, CA 94506

NILO Restaurant
3380-4175 Blackhawk Cir - F-100
Danville, CA 94506

Nails 4U Salon & SPA
3476 Blackhawk Plaza Circle D-060
Danville, CA 94506-4600

Nano Banc
7755 Irvine Center Drive
3rd Floor
Irvine, CA 92618-2904

Nano Banc
c/o Bryan Cave Leighton Paisner LLP
Attn: Marty Taylor
1920 Main Street, Suite 100
Irvine, CA 92614-7244

Neco Shojaee (Banquet Space)
3446 Blackhawk Cir - D7-14
Danville, CA 94506

Orange County Tax Collector
601 N. Ross Street
Santa Ana, CA 92701-4091

OsteoStrong Studio
3400 Blackhawk Cir - D-126
Danville, CA 94506

(p)PACIFIC GAS & ELECTRIC COMPANY
PO BOX 8329
STOCKTON CA 95208-0329

Pacific Gas and Electric Company
PO Box 997300
Sacramento, CA 95899-7300

Phoenix Salon Suites
3380-4175 Blackhawk Cir - C-04B
Danville, CA 94506

Pond M Solutions
1250 I Newell Avenue
#169
Walnut Creek, CA 94596-5373

Preferred Bank
601 S Figueroa St
47th Floor
Los Angeles, CA 90017-5752

Ramanujan Group LLC
520 Newport Center Drive
Suite 480
Newport Beach, CA 92660-7034

Ramanujan Group MOM, LLC
520 Newport Center Drive Suite 480
Newport Beach, CA 92660-7034

Ramanujan Investor Group, LLC
520 Newport Center Drive Suite 480
Newport Beach, CA 92660-7034

Reco Roofing Inc
812 W Clover Rd Spc 59
Spc 59
Tracy, CA 95376-1712

Sandhu, Manjit & Jaskiran
3483 Blackhawk Plaza Circle F-050
Danville, CA 94506-4610

Selin Optical
3380-4175 Blackhawk Cir - C-030
Danville, CA 94506

Smiles & Braces
3380-4175 Blackhawk Cir - H-210
Danville, CA 94506

Sohal City Cards
3461 Blackhawk Plaza Circle
Danville, CA 94506-4610

Sohal, Joshi
3380-4175 Blackhawk Cir - F-060
Danville, CA 94506

Soo Dance Academy LLC
3380-4175 Blackhawk Cir - H-210
Danville, CA 94506

Starbucks #14226-CA
4000 Blackhawk Circle - A-010
Danville, CA 94506

Starbunni
3380-4175 Blackhawk Cir - F-020
Danville, CA 94506

State Board of Equalization
Special Operations Bankruptcy Team
MIC 74
P.O. Box 942879
Sacramento, CA 94279-0074

Synergis Waste Management
Services, Inc.
21 Truesdale Lake Drive South
Salem, NY 10590

Tadek Construction
552 Amberina Ct
Patterson, CA 95363-2904

Tassajara Cleaners
4012 Blackhawk Circle - A-030
Danville, CA 94506

Teen Tech 101
3380-4175 Blackhawk Plaza Cir
Unit H-280
Danville, CA 94506

The Stupin Family Trust/Andrew Stupin
Andrew Stupin c/o LNBY&G L.L.P.
2818 La Cienega Ave
Los Angeles, CA 90034-2618

Tribez Salon and Blow Dry Bar
4062 Blackhawk Plaza Circle A-070
Danville, CA 94506-4654

Tripple Threat Plumbing LLC
2455 Naglee Road
#187
Tracy, CA 95304-7324

US Trustee's Office (SA)
411 West Fourth Street
Suite 7160
Santa Ana, CA 92701-4500

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

Ushanjali School of Dance
3499 Blackhawk Cir - F-010
Danville, CA 94506

Vierergruppe Management, Inc.
1932 East Deere Avenue
Suite 150
Santa Ana, CA 92705-5716

Vince Paglia
Ringstad & Sanders LLP
23101 Lake Center Drive Ste 355
Lake Forest CA 92630-6813

Howard Grobstein
Grobstein Teeple LLP
6300 Canoga Ave, Ste 1500W
Woodland Hills, CA 91367-2555

Jung Dong Choi
Bowles & Verna LLP
2121 N. California Blvd, Suite 875
Walnut Creek, CA 94596-7387

~~Robert S Marticello~~
~~Raines Feldman Littrell LLP~~
~~4675 MacArthur Ct~~
~~Suite 1550~~
~~Newport Beach, CA 92660-2042~~

~~Stephen M. Mott~~
~~Raines Feldman Littrell LLP~~
~~1900 Avenue of the Stars 19th Fl~~
~~Los Angeles, CA 90067-4410~~

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Contra Costa County Tax Collector
625 Court Street #100
Martinez, CA 94553

PG&E
PO BOX 8329
C/O BANKRUPTCY
STOCKTON, CA 95208

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)4G Wireless, Inc.

(u)Apple Cinemas Danville Inc.

(u)Courtesy NEF

(u)Nano Banc

(u)Official Committee of Unsecured Creditors

(u)Preferred Bank

(d)Intec Solutions, Inc.
5662 La Ribera St Ste A
Livermore CA 94550-2528

(d)Preferred Bank
601 S. Figueroa Street
47th Floor
Los Angeles, CA 90017-5752

(u)Abraham & Linda Rayhaun

(u)Bob & Mai Linh Purdy

(u)Brandon Rayhaun

(u)Briana Rayhaun

(u)Daniel Mayhew

(u)Douglas Wilson

(u)Gerald Marcil

(u)Jane Lornklang Torpipat

(d)Kyra E Andrassy
Raines Feldman Littrell LLP
4675 MacArthur Court
Ste 1550
Newport Beach, CA 92660-2042

(u)Michael Kaplan

(u)Mohammad Honarkar

(u)Vince Paglia

End of Label Matrix
Mailable recipients 116
Bypassed recipients 20
Total 136